

# CAMPUS MANAGEMENT CORP.
# MASTER AGREEMENT FOR SOFTWARE AS A SERVICE (SAAS) AND PROFESSIONAL SERVICES

Effective Date: November 1, 2016

| | |
|---|---|
| Customer Name: California Institute of Arts and Technology Inc.<br>Entity Type: A California corporation<br>Address: 2820 Camino Del Rio South, Suite 100<br>City, State, Zip: San Diego, California 92108<br>Phone: (858) 256-2290<br>Fax: | Campus Management Corp.<br>A Florida corporation<br>5201 Congress Avenue<br>Boca Raton, Florida 33487<br>Phone: (561) 923-2500<br>Fax: (561) 999-0096 |

THIS MASTER AGREEMENT, SCHEDULES, EXHIBITS and ADDENDA, as mutually executed from time-to-time and referenced in this master agreement (collectively, the "Agreement") is entered into between Campus Management Corp. ("CMC") and the party named above ("Customer") (CMC and Customer are sometimes collectively referred to as the "Parties" or individually as a "Party"). CMC provides, and Customer desires to acquire, certain software and services for higher learning institutions as further set forth herein.

CMC shall provide to Customer the software and services as set forth in the Agreement, along with the Schedules and their respective Exhibits, and any applicable Addenda, mutually executed from time-to-time and incorporated herein by reference, as applicable.

| | |
|---|---|
| Schedule A: | CMC SaaS |
| Exhibit A-1: | SaaS Scope and Pricing |
| Exhibit A-2: | Term, Summary of Fees, and Payment Terms |
| Exhibit A-3: | CampusCare® Maintenance and Support Services |
| Exhibit A-4: | SaaS Microsoft® License Compliance |
| Exhibit A-5: | Environments |
| Exhibit A-6: | Service Level Agreement |
| Exhibit A-7: | Data Sharing Policy |

The general terms and conditions ("General Terms and Conditions") below apply to all applicable software and services. Terms and conditions that apply only to certain software or services are contained in the applicable Schedules and Exhibits for such software or services. In the event of a conflict between the General Terms and Conditions and any term contained in a Schedule, Exhibit, and/or Addendum, the following shall be the order of precedence: The Addendum, the Exhibit, the Schedule and the General Terms and Conditions.

## GENERAL TERMS AND CONDITIONS

1.    **DEFINITIONS.** The following capitalized terms shall have the meanings ascribed below and shall apply to the extent applicable to the relevant software and services acquired by Customer as referred to in the applicable Schedules and Exhibits.

**"Addendum"** means a mutually executed addendum which amends the Agreement and is incorporated herein by reference.

**"Applications"** mean the software applications specified in Exhibit A-1 hereto made available by CMC for use by Customer as part of the CMC SaaS (as defined below).

**"Campus"** means a unique identification code used for each Record Count group contained in a database.

**"CMC Software as a Service ("SaaS")"** means the hosted service for the Applications provided by CMC and subscribed to by Customer pursuant to the Agreement.

**"CMC Proprietary Materials"** means, collectively, the CMC SaaS, and any other system or technology used, owned or licensed by CMC or its affiliates in connection with the provision of the CMC SaaS, including, without limitation, any related communications/integration network designed, developed or implemented by CMC or its affiliates,

and all software, proprietary elements, documentation, records and other trade secrets or know-how related to any of the foregoing, including, but not limited to, all copyrights, trademarks, patents, trade secrets and other intellectual property rights inherent therein or appurtenant thereto, and any modifications, enhancements, updates and upgrades thereto owned by CMC, its affiliates or licensors as of the Effective Date or thereafter created, designed or developed by CMC, its affiliates or licensors.

"CMC Software" means the software owned by CMC and used to provide the CMC SaaS provided under the Agreement, including specifically those Applications set forth in Exhibit A-1 hereto.

"Customer Data" refers to the private data contained within the applications hosted on the CMC SaaS.

"Deliverables" means all CMC work product, including without limitation, software, analyses, discoveries, designs, routines, scripts, methodologies, techniques, documentation, training manuals, and any fixes, new releases or enhancements or derivative works of the foregoing.

"Effective Date" means the date as set forth above, unless otherwise specifically referenced in any subsequent applicable Schedule or Exhibit.

"Exhibit" means any attachment to a Schedule, which shall be ordered alphabetically and sequentially (e.g., Exhibit A-1, Exhibit A-2, Exhibit B-1, Exhibit B-2).

"Go-Live" means Customer's first use of the CMC Software in a live environment.

"Named Users" means the individuals named by Customer, as applicable, with User IDs who are employed by Customer and authorized to access and use CMC SaaS, subject to and in accordance with this Agreement.

"Users" means the individuals concurrently logged in or the Named Users, as applicable, with User IDs who are employed by Customer and authorized to access and use CMC SaaS, subject to and in accordance with this Agreement.

"Schedule" means any attachment to the General Terms and Conditions, which shall be ordered alphabetically (e.g., Schedule A, Schedule B).

"User ID" shall mean the unique identification name and password assigned to a User that is required to gain access to the Applications.

2.      FEES, PAYMENT AND TAXES.

2.1      Fees. Fees for CMC SaaS and services (other than Professional Services, as defined in Section 5 below) are set forth in the applicable Schedule.

2.2      Invoices. Invoices for CMC SaaS and services (other than Professional Services) are set forth in the applicable Schedule. All prices are quoted in U.S. dollars and all payments made by Customer under the Agreement.

2.3      Restrictions on Price Increases. CMC may increase its rates for the same services contracted hereunder by up to three percent (3%) over the percentage increase of the U.S. Department of Labor Consumer Price Index for Urban Wage Earners and Clerical Workers, all Cities, per annum (calculated on an average annual basis over the Term). The foregoing shall not apply to the extent CMC and Customer have agreed to multi-year CMC SaaS commitment and pricing pursuant to Exhibit A-2.

2.4      Out-of-Pocket Costs. Except as otherwise set forth in the Agreement, prices quoted for services do not include travel and out-of-pocket expenses. Customer shall reimburse CMC for its reasonable expenses, including, without limitation, costs of travel (air and cab fare, lodging, auto rental or local mileage, standard per diem, etc., based on M&I standard U.S. Government per diem rates, and subject to any other guidelines mutually agreed upon by both Parties) and reasonable out-of-pocket costs for photocopying, overnight courier, long-distance telephone and the like (collectively, "Travel and Expenses"). CMC will maintain records of Travel and Expenses, and upon Customer's reasonable request, CMC will provide copies of hotel and airfare records. CMC's Professional Services Travel Policy and Expenses Guidelines is posted on the CMC web site at http://www.campusmanagement.com/EN-US/about-Us/Pages/TravelPolicy.aspx, as may be amended from time to time.

2.5      Late Fees. Any amount invoiced under this Section 2 and not paid in full as required herein shall bear interest at the lesser of 1.5% per month or the highest rate allowed by applicable law, and shall be subject to reasonable costs and attorney's fees related to collection. CMC reserves the right to suspend any or all services to delinquent accounts until such time as the account is brought current and Customer agrees to hold CMC harmless for any interruption of services arising from any payment delay.

2.6      Taxes. Customer shall promptly pay, indemnify and hold CMC harmless from all sales, use, gross receipts, GST, value-added, personal property or other tax or levy (including interest and penalties) imposed on any services and Deliverables which have been or will be provided, other than taxes on the net income or profits of CMC. Subject to any applicable laws, the foregoing shall not apply to the extent Customer is formed as a not-for-profit organization or publically funded state organization and promptly provides CMC an applicable tax exempt certificate. All prices quoted are net of taxes.

2.7      Disputed Invoices; Allocation of Payments. Customer may withhold or set-off any invoiced line item amounts due hereunder if it, in good faith, disputes the item in writing within twenty (20) days of receipt of the invoice and promptly pays the undisputed amounts. CMC reserves the right to cease work without prejudice if undisputed amounts are not paid within thirty (30) days after the date of the invoice. CMC may allocate payments received to fees and expenses in its sole discretion and Customer's communications on or with payments shall not be construed as a novation.

3.      TERM. The term for CMC SaaS and services (other than Professional Services) shall be as set forth in the applicable Schedule.

4.      TERMINATION.

4.1      Termination.

(a)  Customer.  Customer may terminate:

(i) the Agreement in the event CMC materially breaches its obligations under the Agreement and fails to cure such breach within ten (10) days in the case of the breach of the confidentiality provisions hereunder, and thirty (30) days otherwise, after receipt of written notice from Customer;

(ii)  a Schedule in the event CMC materially breaches its obligations under such Schedule, or a Statement of Work (as defined in Section 5.1 below) in the event CMC materially breaches its obligations under such Statement of Work, as applicable, and fails to cure such breach within ten (10) days in the case of a breach of the confidentiality provisions hereunder, and thirty (30) days otherwise, after receipt of written notice from Customer;

(iii) a time and materials Statement of Work with not less than fifteen (15) days notice, subject to Section 5.7 below, unless otherwise stated in the Statement of Work; or

(iv)  the CMC SaaS for convenience and in the event of Customer's termination for convenience, Customer shall surrender any prepayments and promptly pay the termination fee as set forth in Exhibit A-2.   The Parties acknowledge that the foregoing payment is commercially reasonable.

(b)  CMC.  CMC may terminate:

(i) the Agreement in the event Customer materially breaches its obligations under the Agreement and fails to cure such breach within ten (10) days in the case of a breach of the confidentiality or intellectual property provisions hereunder, and thirty (30) days otherwise, after receipt of written notice from CMC;

(ii) a Schedule in the event Customer materially breaches its payment obligations under such Schedule, or a Statement of Work in the event Customer materially breaches its obligations under such Statement of Work, as applicable, and fails to cure such breach within ten (10) days in the case of a breach of the confidentiality or intellectual property provisions hereunder, and thirty (30) days otherwise, after receipt of written notice from CMC.

(c)  Bankruptcy.  Either Party may terminate this Agreement, if the other Party becomes insolvent, makes an assignment for the benefit of its creditors, a receiver is appointed or a petition in bankruptcy is filed with respect to the Party and is not dismissed within sixty (60) days.   Furthermore, the Parties acknowledge and agree that this Agreement is for the license of intellectual property that is subject to Bankruptcy Code Section 365(n), and that Customer shall be entitled to all rights thereunder in the event of a bankruptcy event.

4.2  Effects of Termination.

(a)  Agreement.  The termination of the Agreement shall serve to terminate all existing Schedules and Statements of Work, unless otherwise agreed to in writing by the Parties.  Upon termination of the Agreement, Customer's right to use and possess the CMC Proprietary Materials and Deliverables shall immediately cease, become void, lapse and be of no further force and effect. Customer shall promptly return all copies to CMC. Customer shall provide CMC with written certification signed by an officer of Customer that all copies of the CMC Proprietary Materials and Deliverables have been returned or destroyed and that Customer has retained no copies.

(b)  Schedule or Statement of Work.   Unless otherwise provided, termination or expiration of a Schedule or Statement of Work shall not operate to terminate the Agreement or any other Schedule or Statement of Work.

4.3  Delay.  CMC's ability to deliver the services depends upon Customer's full and timely cooperation, dedication of skilled resources, as well as the accuracy and completeness of any information Customer provides. Notwithstanding anything herein to the contrary, in the event of failure of any of the foregoing or Customer's delay or non-performance of any obligation under the Agreement causes a delay in CMC's performance of its obligation hereunder which reasonably relies on Customer's timely cooperation and performance, the period of time for CMC's performance shall be extended proportionately, and additional costs may be incurred by Customer.   Additionally, if any assumptions change or are inaccurate, then the scope of services, duration and costs may change. Provided, the foregoing shall not be construed to require CMC to waive any breach by Customer.

5.    TERMS   AND   CONDITIONS   APPLICABLE   TO PROFESSIONAL SERVICES.  The terms and conditions set forth in this Section 5 shall apply to implementation of Applications and/or other services mutually agreed upon from time-to-time ("Professional Services").

5.1  Time and Material Basis. Unless otherwise set forth in a statement of work ("Statement of Work"), CMC is being hired on a time and materials basis to perform the Professional Services and provide the Deliverables.

5.2  Summary of Service.  Unless otherwise stated, all work schedules of a Statement of Work shall be considered reasonably accurate estimates, subject to revision.  For time and materials work, CMC shall maintain daily time records of hours and tasks performed, a summary of which shall accompany invoices which are submitted to Customer.  CMC's standard work days are Monday through Friday excluding holidays. All Professional Services provided by CMC during non-standard hours shall be governed by CMC's Policy for Non-Standard       Hours,       which       is       posted       at http://www.campusmanagement.com/EN-US/about-Us/Pages/NonStandardBusinessHours.aspx.  CMC shall not perform any Professional Services in accordance with the Agreement during non-standard hours, without the prior consent of Customer. In the event of a conflict between terms of an executed Project Plan or Statement of Work and this Agreement, the terms of the Project Plan or Statement of Work, as applicable, shall control with respect to such project, and an executed Change Order shall take precedence over the Statement of Work.

5.3  Change Orders; Assumptions. Either Party may initiate a change to the Statement of Work by proposing in writing details of such change.  The other Party shall promptly respond to any proposed changes. Both Parties shall work together to identify any schedule or price increase resulting from the change.  If the Parties are mutually agreeable to any changes to the Statement of Work, then they shall enter into a mutual written change order executed by officers of both Parties ("Change Order").  Customer acknowledges that any additional

changes to the assumptions in the Statement of Work may affect time and/or costs.

5.4   Fees. Customer shall pay either (i) hourly rates, as set forth in the non-binding estimate of labor costs (the "Estimated Fees") or (ii) fixed fees ("Fixed Fees"). The standard hourly rates for Professional Services are set forth in the Statement of Work. However, any rate increases, as set forth in Section 2.3 hereof, during the period of performance of a Statement of Work shall not increase the rates applicable to the Professional Services set forth in such Statement of Work.

5.5   Invoice.  CMC shall invoice Customer for Professional Services as set forth in the Statement of Work. Unless otherwise stated in writing, Professional Services and Travel and Expenses shall be invoiced and Customer shall pay CMC within thirty (30) days of the date of invoice.

5.6   Term.  From time-to-time the Parties shall enter into a Statement of Work, which terms shall apply along with the terms of this Section 5 ("Professional Services Term"). Termination shall have no effect on Customer's obligation to pay the applicable fees and charges for Professional Services that are rendered through the effective date of termination.

5.7   Cancellations.   Customer acknowledges that CMC allocates its resources to provide services to Customer. In the event Customer cancels any scheduled Professional Services with less than fifteen (15) business days prior written notice to CMC, and CMC cannot after using good faith efforts reallocate its resources, then Customer shall promptly pay CMC the amount of lost fees (based on the difference between the projected scheduled services for Customer and the fees actually received) and any out-of-pocket expenses actually incurred by CMC.

6.   CONFIDENTIAL INFORMATION.

6.1   Confidential Information.  Neither Party nor any third party acting on its behalf, will for any reason at any time use or disclose any proprietary information of the other Party, including, without limitation, relating to the processes, techniques, work practices, customers, prospective customers, suppliers, vendors, business practices, strategies, business plans, financial information, marketing, third party licenses, products, proprietary rights or trade secrets of the other Party (collectively the "Confidential Information"). In addition, the Parties acknowledge and agree that (i) the CMC Proprietary Materials and information provided in the course of performing maintenance and support services shall be deemed CMC's Confidential Information, and (ii) the proprietary data, including, but not limited to, student records, financial data, and personnel records, shall be deemed Customer's Confidential Information. Each Party shall use at least the same degree of care in safeguarding the other Party's Confidential Information as it uses in safeguarding its own Confidential Information, but not less than due diligence and care, to prevent the theft, disclosure, copying, reproduction, distribution and preparation of derivative works of the other Party's Confidential Information. Either Party may disclose Confidential Information to its employees, independent contractors and advisors that have a need to know in the course of their assigned duties and responsibilities in connection with the Agreement, provided such parties are bound by legally binding obligations to protect such Confidential Information in a manner consistent with the Agreement. The

Parties acknowledge that CMC may be required to use or apply Customer's Confidential Information as reasonably required in order to perform under the Agreement, and CMC may retain and use residual knowledge (i.e., information retained in the unaided memory of personnel) provided CMC does not use or disclose any of Customer's Confidential Information.

6.2   Exceptions.  Confidential Information does not include (i) information already known or independently developed by the recipient without use or reliance on the other Party's Confidential Information, as evidenced by records, (ii) information in the public domain through no wrongful act of the recipient, or (iii) information received from a third party who was not under a duty of non-disclosure.

6.3   Disclosure Required by Law.   If one Party (the "Receiving Party") is required by a lawful order from any court or agency of competent jurisdiction to disclose Confidential Information of the other Party ("Disclosing Party"), the Receiving Party shall promptly notify the Disclosing Party of such order so that the Disclosing Party may take reasonable steps to limit further disclosure, including obtaining a protective order or other reasonable assurance that confidential treatment will be accorded to the Confidential Information. If, in the absence of a protective order, the Receiving Party is compelled as a matter of law to disclose Confidential Information, the Receiving Party will use reasonable efforts to disclose only the Confidential Information that is required by law to be disclosed.

With respect to publically funded state institutions, CMC acknowledges that certain information and documents may be subject to public records laws, and Customer shall provide CMC an opportunity to review and object to disclosure (including obtaining a protective order) pursuant to state law.

6.4   Remedies.  Confidential Information shall remain the sole property of the Disclosing Party or its respective licensor. In the event of a breach or threatened breach of this provision, the Disclosing Party shall be entitled to obtain preliminary injunctive relief, without posting bond, to prevent the use and disclosure of such Confidential Information, in addition to all other remedies available at law and in equity.

7.   WARRANTIES.

7.1   CMC's Limited Warranties.  CMC represents, warrants and covenants that:

(a)   CMC has the authority to enter into the Agreement and to grant the rights and licenses set forth herein.

(b)   Neither it entering into nor its performance of the Agreement conflicts with or creates a breach of any contract or obligation to which it is bound.

(c)   CMC shall (i) perform all Professional Services in a professional and workmanlike manner, (ii) the Professional Services and Deliverables shall substantially conform in all material respect to the Statement of Work and Documentation, and (iii) the Deliverables in the form of media delivered to Customer are free from defects in materials and workmanship.

(d)   In the operation of its business it shall remain at all times in compliance with all applicable and material federal, state and local

laws, including, without limitation, all applicable U.S. Department of Education rules and regulations. Furthermore, CMC will employ data security standards that a similarly situated and reasonably prudent services provider in the same industry would provide under like circumstance designed to comply in all material respects with applicable laws regarding confidentiality and safeguarding of personal information, including student data and financial information, if any.

7.2  Customer's Limited Warranties.  Customer represents, warrants and covenants that:

(a)  Customer has authority to enter into and perform in accordance with the provisions of the Agreement.

(b)  Neither its entering into nor its performance of the Agreement conflicts with or creates a breach of any contract or obligation to which it is bound.

(c)  In the operation of its business and use of the CMC SaaS it shall remain at all times during the CMC SaaS Term (as defined in Schedule A) in compliance with all applicable and material federal, state and local laws, including, without limitation and to the extent applicable, U.S. Department of Education rules and regulations; it shall comply with the Agreement, including, without limitation, the Acceptable Use Policy, Email Policy, and Anti-Spam Policy, all of which are outlined on the CMC web site at http://www.campusmanagement.com/EN-US/about-Us/Pages/CampusNet.aspx, as may be updated from time-to-time (the "Policies"), as applicable.

8.  **DISCLAIMER OF WARRANTIES.**  EACH PARTY HEREBY DISCLAIMS ALL IMPLIED WARRANTIES, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE, OR FITNESS FOR A PARTICULAR PURPOSE. CMC DOES NOT WARRANT THAT THE CMC SOFTWARE, SERVICES AND DELIVERABLES WILL BE ERROR-FREE OR OPERATE WITHOUT INTERRUPTION. FOR HOSTING SERVICES, CMC OR ITS AFFILIATES DO NOT HAVE ANY DUTY TO REVIEW, EDIT, SCREEN, PUBLISH OR REMOVE ANY CUSTOMER DATA OR USER CONTENT EXCEPT AS STRICTLY REQUIRED BY APPLICABLE LAW.

9.  **LIMITATION OF LIABILITY.**  EXCEPT FOR THE OBLIGATIONS HEREIN TO INDEMNIFY AGAINST THIRD PARTY CLAIMS OR BREACH OF INTELLECTUAL PROPERTY RIGHTS, IN NO EVENT SHALL EITHER PARTY OR ITS AFFILIATES BE LIABLE, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES (INCLUDING LOST SAVINGS, PROFIT OR BUSINESS INTERRUPTION EVEN IF NOTIFIED IN ADVANCE OF SUCH POSSIBILITY) ARISING OUT OF OR PERTAINING TO THE SUBJECT MATTER OF THE AGREEMENT. IN ADDITION, EXCEPT WITH RESPECT TO A WILLFUL BREACH, A BREACH OF THE CONFIDENTIALITY OR INTELLECTUAL PROPERTY PROVISIONS OR THE OBLIGATION TO INDEMNIFY FOR UNAFFILIATED THIRD PARTY DAMAGES AS PROVIDED UNDER SECTION 10 OR 15.2, THE FOLLOWING SHALL APPLY:

FOR CMC SAAS.  NEITHER PARTY NOR ITS AFFILIATES SHALL BE LIABLE TO THE OTHER PARTY FOR DAMAGES IN EXCESS OF THE TOTAL AMOUNT PAID FOR SERVICES FOR THE IMMEDIATELY PRECEDING TWELVE MONTHS (OR ANNUALIZED

FOR A PERIOD OF TWELVE MONTHS IF SERVICES HAVE NOT YET BEEN PROVIDED FOR TWELVE MONTHS).

FOR PROFESSIONAL SERVICES.  NEITHER PARTY NOR ITS AFFILIATES SHALL BE LIABLE TO THE OTHER PARTY FOR DAMAGES IN EXCESS OF THE TOTAL AMOUNT PAYABLE FOR SERVICES PURSUANT TO THE APPLICABLE STATEMENT OF WORK.

FOR SERVICES OTHER THAN CMC SAAS AND PROFESSIONAL SERVICES.  NEITHER PARTY SHALL BE LIABLE TO THE OTHER PARTY FOR DAMAGES IN EXCESS OF THE TOTAL AMOUNT PAID FOR SERVICES DURING THE TWELVE MONTH PERIOD IMMEDIATELY PRECEDING THE DATE ANY SUCH CAUSE OF ACTION AROSE.

The foregoing limitation of liability shall not be construed as an express or implied waiver by a publically funded state institution of its governmental immunity or as an express or implied acceptance by the institution of liabilities arising as a result of actions which lie in tort or could lie in tort in excess of the liabilities allowed under applicable state law.

9.1  Limitation Period.  No action, whether based in contract, strict liability, or tort, including any action based on negligence, arising out of the performance of any services under the Agreement, may be brought by either Party more than two (2) years after such cause of action accrued.

10.  **INDEPENDENT CONTRACTOR STATUS; COMPLIANCE WITH LAWS.**  Each Party and its personnel are independent contractors in relation to the other Party with respect to all matters arising under the Agreement. Nothing herein shall be deemed to establish a partnership, joint venture, association or employment relationship between the Parties. Each Party shall remain responsible, and shall indemnify and hold harmless the other Party, for the withholding and payment of all federal, state and local personal income, wage, earnings, occupation, social security, worker's compensation, unemployment, sickness and disability insurance, taxes, payroll levies or employee benefit requirements (under ERISA, state law or otherwise) now existing or hereafter enacted and attributable to themselves and their respective personnel. Each Party shall comply with all applicable federal and state laws, rules and regulations, in effect or hereafter as established, applicable to discrimination and unfair employment practices. Publically funded state institutions shall be liable for damages incurred by CMC, but shall not be required to also indemnify CMC, to the extent applicable state laws expressly prohibit the institution from indemnifying CMC.

11.  **FORCE MAJEURE.**  Neither Party shall be liable for any delay in performing its obligations under the Agreement if such delay is caused by circumstances beyond the Party's reasonable control, including without limitation, any acts of God, war, terrorism, floods, windstorm, labor disputes, change in laws or regulations, public health risks or epidemics, or delay of essential materials or services. In the event a non-performance or a delay in performance of obligations under the Agreement is due to a force majeure event, the period of performance shall be extended by the delay due to such event and any additional time that the Parties may mutually agree is necessary for the remobilization of personnel and resources. However, the Party not affected by the force majeure shall have the right to terminate the Agreement without penalty if the Party affected by the force majeure event is unable to

resume full performance within thirty (30) days of occurrence of the event.

12.    **ASSIGNMENT.**  CMC hereby agrees it shall not withhold consent to Customer's assignment of the Agreement, in its entirety, in connection with the sale or acquisition of Customer of all or substantially all of the business assets or voting control, provided Customer and the assignee have fulfilled the following conditions prior to the transfer: (i) Customer shall provide written notice to CMC of the proposed assignment at least thirty (30) business days prior to the date of such transaction; (ii) the assignee shall agree in writing to assume all liabilities under the Agreement and be bound to the Agreement; and (iii) Customer and assignee (if assignee is a CMC-Customer) shall not be in material breach of any agreement with CMC at the time of the transaction.

13.    **NOTICES.**  Notices sent to either Party shall be effective when delivered in person or transmitted by fax machine with printed confirmation page (if delivered after 5:00 p.m. recipient's local time, then effective the next business day), one (1) business day after being sent by overnight courier, or two (2) business days after being sent by first class mail postage prepaid to the address on the first page hereof or such other address as a Party may give notice in the same manner set forth in this Section 13.

14.    DISPUTES; CHOICE OF LAW.

14.1 Dispute Resolution.  The Parties agree that all disputes between them shall be submitted for informal resolution to their respective chief operating officers or his/her authorized designee with power to bind his/her respective company.  The representatives shall meet within ten (10) days at a mutually agreeable location, but shall not be required to meet for more than two (2) business days; the timeline for performance of each Party's obligations hereunder shall be tolled proportionately until, in accordance with the foregoing, the dispute is resolved or the Parties stop meeting without having resolved such dispute.  Provided, the foregoing process shall not require a Party to delay obtaining any injunctive relief or equitable remedies based on a claim arising from the other Party's breach of intellectual property, confidentiality or non-solicitation obligations.

14.2 Jurisdiction; Venue.  The Parties agree that no oral or written representation made during the course of any settlement discussions shall constitute a Party admission.  If the Parties are still unable to reconcile their differences in accordance with the foregoing procedures, each Party hereby agrees that any controversy or claim, whether based on contract, tort or other legal theory, arising out or relating to the Agreement, shall be maintained exclusively in the jurisdiction and venue of the courts sitting in and for Palm Beach County and the Southern District of Florida. The prevailing Party shall be entitled to reimbursement of reasonable attorneys' fees and costs.  The Parties expressly waive right to trial by jury.

The foregoing choice of venue shall not apply to publically funded state institutions to the extent applicable state laws expressly prohibit the institution from litigating outside of its home state.

14.3 Governing Law.  The Agreement shall be governed by and construed in accordance with the substantive laws of Florida, without regards to conflict of laws principles. The Parties expressly opt out of the application of the UN Convention on the International Sale of Goods.

The foregoing choice of law shall not apply to publically funded state institutions to the extent applicable state laws expressly prohibit the institution from litigating under a foreign state law.

15.    INSURANCE; INDEMNITY.

15.1 Insurance.  Each Party shall maintain adequate insurance protection covering its respective activities hereunder, including coverage for statutory worker's compensation, comprehensive general liability for bodily injury and tangible property damage, as well as adequate coverage for vehicles.

15.2 Indemnification.  Each Party (the "Indemnifying Party") shall indemnify, defend and hold harmless the other and its affiliates, and each of its respective officers, directors, employees, agents, independent contractors, successors and assigns (collectively the "Indemnified Party") from and against liability for third party claims based on (i) intellectual property infringement or (ii) bodily injury, death and tangible property damage resulting from the grossly negligent or willful acts or omissions of its officers, agents, employees or representatives acting within the scope of their work. The Indemnifying Party shall defend, indemnify and hold harmless the Indemnified Party against the claim at the Indemnifying Party's expense and pay all costs, damages, and attorney's fees that a court awards, provided that the Indemnified Party:

(a) promptly notifies the Indemnifying Party in writing of the claim or the possibility thereof, and for infringement claims, Indemnified Party shall cooperate with Indemnifying Party to cease using the infringing product to the extent commercial y practical or continue to use the product if CMC provides a reasonable temporary solution;

(b) allows the Indemnifying Party sole control of the settlement, compromise, negotiation, and defense of any such action, provided Indemnifying Party shall provide Indemnified Party prior written consent if settlement or compromise requires Indemnified Party to cease using the Application; and

(c) cooperates in good faith with the Indemnifying Party in the defense and any related settlement negotiations (provided the Indemnifying Party shall not settle the dispute without the Indemnified Party's written consent, unless the Indemnifying Party obtains a general release in favor of the Indemnified Party). Nothing herein shall restrict the Indemnified Party from participating in the defense through counsel reasonably acceptable to the Indemnifying Party at its own cost and expense.

Publically funded state institutions shall be liable for damages incurred by CMC, but shall not be required to also indemnify to the extent applicable state laws expressly prohibit the institution from indemnifying CMC.

15.3 Limitations on Indemnity Obligations.  The foregoing indemnity shall not apply to any claim that arises from:  (i) modification of the Application by anyone other than CMC, its affiliates, or its authorized contractor;  (ii) Customer's use of the Application in conjunction with Customer software not authorized by CMC where use with such software gave rise to the claim. (iii) Customer's use of the Application in a manner in violation of this Agreement; or (iv) use of other than the most current, unaltered patch, update or upgrade to the

Application available from CMC, if such claim would have been avoided by Customer's use of such patch, update or upgrade.

15.4 <u>Remedies for Intellectual Property Infringement</u>. If use of the Application is enjoined or if CMC reasonably believes that use of the Application may be enjoined, CMC may, at its option, (i) obtain the right for Customer to continue using the Application; or (ii) replace or modify the Application so it is no longer infringing, or if CMC determines that neither (i) nor (ii) can reasonably be accomplished, (iii) terminate the CMC SaaS and refund any amounts that were prepaid.  The foregoing shall constitute Customer's sole and exclusive remedy for all claims relating to infringement.

16.      PROPRIETARY RIGHTS.

16.1 <u>CMC Proprietary Materials</u>.   The CMC Proprietary Materials are and will remain the property of CMC and its affiliates, and Customer will have no rights or interest therein, except for the limited license and use rights as expressly provided herein or in other written agreement(s) entered into by the parties. Without limitation of the foregoing, the parties recognize that circumstances may arise in which CMC may develop, specifically on behalf of or in conjunction with Customer, certain new systems, software and communications capabilities, the ownership of which shall hereby be deemed to remain exclusively with CMC, except as otherwise may be expressly agreed upon by the parties in advance and in writing.

16.2 <u>Deliverables</u>.  Unless otherwise agreed in a Statement of Work, the Parties agree that CMC shall exclusively own all right, title and interest in and to all Deliverables.  The CMC Software and all components, modifications, derivatives, and compilations thereof, including any and all intellectual property rights in and to the foregoing, shall remain the exclusive property of CMC and its affiliates, regardless of whether Customer, its employees, or contractors may have contributed to or joined in the invention or development of such work. Customer shall execute any further instruments that CMC reasonably requests from time-to-time for purposes of perfecting its ownership rights.

16.3 <u>Return of Proprietary Materials</u>.  Upon the termination or expiration of the CMC SaaS for any reason, CMC shall, at Customer's election, return materials containing Customer's Confidential Information in CMC's possession to Customer, or certify to Customer that such materials have been destroyed. The CMC Proprietary Materials are and will remain CMC's property, and upon the termination or expiration of the Agreement for any reason, Customer will, at CMC's election, return such CMC Proprietary Materials in Customer's control or possession to CMC, or certify to CMC that such CMC Proprietary Materials have been destroyed.

16.4 <u>Trademarks and Copyrights</u>. The CMC Software may also include ancillary programs, in which third parties retain trademark, copyright and other proprietary rights. Campus Management Corp®, Campus Management℠, CampusCare®, CampusLink℠, CampusNet®, CampusNexus®, CampusVue®, Talisma® and related marks are trademarks or servicemarks of CMC, and CMC retains all right, title and interest therein.

17.      SECURITY; NO CONFLICTS.  Each Party agrees to inform the other of any information made available to the other Party that is

classified or restricted data, agrees to comply with the security requirements imposed by any state or local government, or by the United States Government, or by applicable law, and shall return all such material upon request. Each Party warrants that its participation in the Agreement does not conflict with any contractual or other obligation of the Party or creates any conflict of interest prohibited by the U.S. Government or any other government and shall promptly notify the other Party if any such conflict arises during the CMC SaaS Term.

18.      PROMOTIONAL MATERIALS.  CMC may use Customer's name and reference the existence of the Agreement and ancillary agreements (without referencing detailed terms and pricing) in marketing materials and presentations.

19.      SECURITY; COMPLIANCE

19.1 <u>Security</u>. Customer shall comply, and cause all parties with access to its systems to comply, with the Policies, as may be amended from time-to-time.  Customer agrees to keep, and cause its authorized users to agree to keep all passwords and system access information confidential in order to protect the integrity of the CMC SaaS and Customer Data.

19.2 <u>Compliance</u>.  Customer is responsible for its compliance with applicable federal, state and local laws, rules and regulations in the operation of its business, including, without limitation, its use of the CMC SaaS.  Customer shall implement and maintain adequate measures to comply with security and privacy requirements, and Customer shall notify CMC in writing of any Customer specific requirements requested of CMC.

20.      NON-SOLICITATION.  For any services rendered under the Agreement and for a period of one (1) year thereafter, neither Party shall, directly or indirectly, hire or solicit, nor permit its affiliate or contractor to hire or solicit, the services of anyone who is an employee or contractor of the other Party or its affiliates or was an employee or contractor of the other Party or its affiliates in the six (6) months prior to any solicitation or hiring, without the prior written consent of that Party. In the event of a violation of this provision, the non-breaching Party may seek preliminary and permanent injunctive relief, without posting bond. Upon the non-breaching Party's sole discretion, that Party may choose to require the breaching Party to pay liquidated damages equal to the hired or solicited person's annual compensation.  Upon the non-breaching Party's receipt of payment, any injunction shall be dissolved and the parties shall have no further obligations under this Section 20. The foregoing shall not prohibit solicitation and hiring through general advertising provided such advertising is not targeted to the other Party's personnel.

21.      DATA TRANSFER.  Customer shall not send personally identifiable information to CMC except by secure transfer and in a manner officially authorized by CMC.

22.      SCREENING, PERSONNEL AND STATUS REPORTS.

22.1 <u>Screening</u>. CMC as part of its standard hiring practices, conducts a background check on personnel that consists of the following: (i) verifying the individual's educational background beyond high school; (ii) verifying the individual's employment with his/her most recent supervisor or human resources department; (iii) conducting two (2) professional reference checks, if available; (iv) verifying citizenship

status in accordance with E-Verify; (v) conducting a criminal background check for felony and misdemeanor convictions for the past seven (7) years; and (vi) undergoing a drug test.

22.2 <u>Replacement of CMC Personnel</u>. Any CMC personnel assigned by CMC to a Customer project may be temporarily replaced by CMC if such individual does not report to work due to illness, accident or other events outside of CMC's control. Customer acknowledges and agrees that there may be a reasonable amount of attrition outside of CMC's control. Upon good cause and written notice to CMC, Customer may request CMC to replace any CMC personnel who is assigned by CMC to a Customer project and CMC will consider the request and take commercially reasonable effort to promptly remedy the matter or replace such person (except in the case where the person has violated a material provision of Customer's promulgated security or workplace policies then CMC shall promptly replace such person). If one of CMC's personnel is removed from a project then CMC will use commercially reasonable efforts to provide substitute personnel of appropriate qualifications subject to availability of such personnel.

22.3 <u>On-Site Performance</u>. CMC shall require personnel, including contractors, third parties, or any other persons providing services at a Customer location to comply with all Customer security, conduct and safety regulations and policies applicable to Customer's own personnel. Customer shall provide CMC with written notice of all such applicable regulations and policies prior to CMC's personnel traveling to Customer's site.

22.4 <u>Progress Reports and Meetings</u>. Each party shall appoint a representative to act as its designated representative and liaison for the performance of Professional Services. Status review meetings or teleconferences may be held on a periodic basis as reasonably agreed upon by Customer and CMC, in order to review status of Professional Services and to resolve any related issues. Each Statement of Work and Change Order may provide for specific progress reporting.

23. **MISCELLANEOUS**. The Agreement and the Schedules and Exhibits attached hereto constitute the entire and exclusive agreement between the Parties with respect to the subject matter hereof and supersede all prior and contemporaneous communications, whether written or oral. The Agreement may be modified or amended only by the mutual written agreement of the Parties. Any provision hereof found by a tribunal of competent jurisdiction to be illegal or unenforceable shall be automatically conformed to the minimum requirements of law and all other provisions shall remain in full force and effect. Waiver of any provision hereof in one instance shall not preclude enforcement thereof on future occasions. Headings are for reference purposes only and have no substantive effect. The provisions of Sections 4.2, 4.3, 6 through 18, 20 and 23 shall survive termination of the Agreement. Copies of the Agreement and notices generated in accordance herewith shall be treated as original documents admissible into evidence, unless a document's authenticity is genuinely placed into question. The Agreement may be executed in counterparts, each of which shall be deemed an original and together shall be deemed the entire Agreement.



**AGREED AND ACCEPTED** by the undersigned duly authorized representatives of the Parties as of the Effective Date.

CALIFORNIA INSTITUTE OF ARTS AND
TECHNOLOGY INC.

By: _Jamie Doyle_

Print: _Jamie Doyle_

Title: _President_

Date: _11/1/16_

CAMPUS MANAGEMENT CORP.

By: _____

Print: _Anders Nessen_

Title _CFO_

Date: _11/1/2016_

## SCHEDULE A
## CMC SAAS

This Schedule A governs the use of CMC SaaS by Customer. This Schedule A, along with Exhibits A-1 through A-7, and any subsequent mutually executed Exhibit and Addendum, are attached and made part of the Agreement between CMC and Customer. The General Terms and Conditions of the Agreement apply to this Schedule A.

**1.      CMC's Responsibilities**

1.1  Grant of Subscription Rights. During the CMC SaaS Term, Customer hereby subscribes for, and CMC hereby grants to Customer, a non-transferable, non-exclusive, limited license for the Users to access and use the CMC Software via the Customer-supplied Internet connection or proprietary telecommunications line(s) with respect to the Users. The initial number of Users is set forth in Exhibit A-1 and/or A-2, as applicable. Customer may increase the number of Users upon written notice to CMC and payment at the then applicable rates.

1.2  Scope of Service. The CMC SaaS includes the deployment and administration of the CMC Software at the CMC designated hosting center, and monitoring the hosting site communications and hardware availability, subject to and in accordance with the Agreement. Nothing herein shall be construed to convey any title or ownership interest in the CMC Proprietary Materials, and Customer acknowledges and agrees that CMC retains all right, title and interest thereto. CMC does not support environments that are not supported/certified by CMC product development or by third party vendors.

1.3  Standards of Performance. CMC agrees to use due care and act in good faith in its performance of the CMC SaaS and to provide the service in a professional and businesslike manner and in accordance with standard industry practices.

1.4  Data Backup. CMC shall perform a complete backup of Customer Data each night using generally accepted backup procedures ("Backup Data"). The Backup Data shall be maintained at the CMC SaaS colocation center and shall be retained for seven (7) days before being destroyed. Weekly, CMC shall make a copy of the Backup Data and store it at an off-site storage location ("Off-site Center"). The Backup Data shall be retained at the Off-site Center for twelve (12) months before being destroyed. Upon Customer request and for no additional charge, so long as Customer is not in default of this Agreement, CMC shall provide a copy of the Backup Data on a monthly basis. For an additional charge, Customer may request a copy of the Backup Data on a more frequent basis. The CMC SaaS is operated in a manner designated to provide for high levels of system availability. This includes redundancy for all major system components, or where appropriate, equipment supported by manufacturers providing the CMC SaaS with 24/7/365 service.

1.5  Availability of Service. The CMC SaaS will be accessible to Customer's Users 24 hours per day, 7 days a week, except scheduled times for maintenance and updates, of which Customer will be notified in advance, and any Downtime (as defined below).

1.6  CMC Relationship Manager. CMC will appoint a relationship manager to manage the relationship established by the Agreement (the "CMC Relationship Manager") who will (i) coordinate

and monitor CMC obligations under the Agreement, and (ii) serve as the primary liaison with Customer Relationship Manager (as defined in Section 2 below).

1.7  Control of Services. CMC may, in its sole discretion and without material reduction in performance: (i) reengineer CMC network components and change locations where services are performed; (ii) perform its obligations through its subsidiaries or affiliates, or through the use of selected independent subcontractors; and (iii) modify and/or replace technology or service architectures relating to the CMC SaaS.

1.8  Personnel. CMC will dedicate personnel necessary to perform its responsibilities hereunder. CMC reserves the right to determine the personnel assigned to perform the CMC SaaS and to replace, rotate or reassign such personnel during the CMC SaaS Term.

1.9  Services Outside Scope. Any services provided outside the scope set forth above shall be identified in a mutually agreeable Statement of Work, subject to CMC's requirements, including, without limitation, any pricing, payment, and technical requirements. Any changes in federal, state or local requirements, or any Customer specific requirements, including, without limitation with respect to security or privacy, that result in CMC providing additional services or incurring costs, shall be billed to and promptly paid by Customer. CMC reserves the right to refuse to provide certain services in the event Customer's requirements are not practicable or changes in law affect CMC's performance of obligations hereunder.

1.10  Minimization of Planned Service Disruptions. Whenever conditions reasonably permit, other than routine daily maintenance, the parties will mutually agree on the scope, timing, frequency and duration of any planned service disruptions or delays and will jointly attempt to minimize any unnecessary impact on Customer's business operations. Routine daily maintenance will be accomplished whenever possible by being scheduled between the hours of 10:00 p.m. and 8:00 a.m. ET. In addition, longer maintenance will be accomplished when possible on weekends between the hours of 6:00 p.m. ET Saturday and 8:00 a.m. ET Monday, unless CMC notifies Customer otherwise.

1.11  Unplanned Service Disruptions. Unplanned service disruptions ("Downtime") may occur from time-to-time. CMC will use commercially reasonable efforts to attempt to prevent Downtime that could impact Customer's business operations to the extent such factors are within CMC's reasonable control. Customer acknowledges that conditions of Customer and third parties may affect Customer's use of the CMC SaaS, for which CMC shall have no liability or obligations (by way of example and not limitation, Internet disruptions or third party software bugs), although CMC will attempt to coordinate with Customer as reasonably requested to assist to correct the Downtime to the extent practicable.

1.12  Maintenance and Support. During the CMC SaaS Term, and provided Customer is paid in full and in compliance with all

provisions of the Agreement, in connection with the CMC SaaS, CMC shall render the maintenance and support services set forth in Exhibit A-3.

## 2. CUSTOMER RESPONSIBILITIES

2.1 <u>Customer Relationship Manager</u>. Customer will appoint a relationship manager to manage the relationship established by this Agreement (the "Customer Relationship Manager") who will: (i) coordinate and monitor Customer's obligations under the Agreement, and serve as the primary liaison with the CMC Relationship Manager; (ii) provide communication on such events as the addition or deletion of User accounts and reporting problems with the service; (iii) provide CMC with an outage communications plan consisting of the name, telephone numbers including cell number, and email address of Customer personnel to be notified in the event of an outage; and (iv) manage any additions or deletions of Users. Provided, no adjustment in fees shall be made for any decrease in the number of Users.

2.2 <u>Connectivity</u>. Customer agrees to provide the high-speed Internet and telecommunications connections and supporting equipment required by CMC to maintain connectivity between Customer's remote location(s) and the CMC SaaS location. Customer will bear the costs of such connections and supporting equipment. CMC may assist Customer in procuring and defining such connectivity in which case Customer may, at CMC's discretion, be billed for such professional services.

2.3 <u>Users; Policies</u>. Only Users are authorized to access and use the CMC SaaS, subject to and in accordance with the Agreement. Customer agrees to adhere, and cause its authorized Users to adhere, to the Policies.

2.4 <u>Software Licenses</u>. CMC Software uses many components of Microsoft products. To the extent applicable, at all times during the CMC SaaS Term, Customer is required to hold a basic Microsoft® Office license for each Customer computer that will be used on the CMC SaaS. Customer's statement attesting to the existence of such valid license is attached as Exhibit A-4 hereto.

2.5 <u>Required Printer Drivers</u>. CMC uses the Citrix universal print driver. Other printers may work, but Customer acknowledges that formatting and functionality may fail on any non-compliant printing standards or drivers. Customer may require assistance from its authorized printer vendor.

## 3. FEES AND INVOICE

3.1 <u>Calculation of Pricing for Customer; Invoice.</u> The pricing for services is set forth in Exhibits A-1 and A-2 hereto, as applicable. CMC will bill Customer by the 10th day of the following month, and Customer shall pay CMC in full monthly on or before the fifteenth (15th) day following the date of invoice (or as otherwise stated in Exhibit A-2). If Customer falls into arrears on payments, CMC may require Customer to maintain a deposit as a condition to CMC continuing to provide any services under the Agreement. Customer and CMC may agree to increase the agreed upon number of Users or Record Count, subject to payment of then applicable rates.

3.2 <u>Client Access License</u>. To the extent applicable, Customer agrees to pay a charge per Named User for a Microsoft® Client Access License ("CAL") and other appropriate charges for client specific third-party licenses ("Third Party License Fees"). These charges shall be due and payable at the time any user is added to the Named User list, and charges are subject to change in the event the third party licensor changes its pricing or requirements.

3.3 <u>Additional Services</u>. Any additional services, including, but not limited to, hosting of Customer software, must be agreed in writing in advance and shall be billed at the then-current rates in addition to the charges set forth herein.

## 4. TERM AND TERMINATION. The license granted in Exhibit A-1 to the applicable Application shall continue for the period specified in Exhibit A-2, unless terminated pursuant to the provisions of Section 4 of the General Terms and Conditions ("CMC SaaS Term").

In the event Customer's use of CMC SaaS violates, or is about to violate, the Policies, or if CMC is otherwise required by an administrative order or subpoena to limit or suspend Customer's use of the CMC SaaS, then CMC reserves the right to suspend Customer's access to the CMC SaaS until such time the matter is resolved; provided, Customer acknowledges and agrees that termination arising from Customer's breach of the Agreement shall result in its surrender of pre-payments and require it to promptly pay the charges as set forth in Exhibit A-2.

4.1 <u>Procedures Upon Termination</u>. Upon termination of the Agreement for any reason, CMC shall disable Customer's access to CMC SaaS and Customer shall promptly pay all amounts due and payable hereunder to CMC. After receipt of payment in full, CMC shall return all copies of Customer Data, in CMC's possession, if any. CMC shall retain amounts paid if the CMC SaaS terminates as a result of Customer's breach or convenience. CMC does not provide connectivity to the application site; therefore, in event of termination, Customer continues to be responsible for payment and termination of Customer's telecommunications arrangements. Customer shall pay CMC its reasonable fees and expenses on a time and materials basis if CMC assists Customer with the transition of the CMC Software, Customer software, and/or Customer Data to Customer's system.

## 5. KEYS

5.1 <u>Keys</u>. Limited keys, if applicable, for training are included in accordance with the descriptions and rates set forth in Exhibit A-2. These keys are intended for use with courses offered by The Learning Center. Unused keys will expire at the calendar year end and cannot be carried forward.

## 6. SERVICE LEVEL AGREEMENT. CMC provides a Service Level Agreement as set forth in Exhibit A-6.

## EXHIBIT A-1

## SAAS SCOPE AND PRICING

I.    **CAMPUSNEXUS SUITE**. Pursuant to the terms and conditions of the Agreement, Customer may use the following CMC Software for CampusNexus for the scope set forth below.

A. CMC SOFTWARE:

| CMC Software | Deployed | Not Yet Deployed* |
|---|---|---|
| CampusNexus® Student<br>1.   Admissions/Recruiting<br>2.   Academic Records<br>3.   Student Accounts<br>4.   Financial Aid<br>5.   Student Services<br>6.   Contact Manager<br>7.   Career Services<br>8.   Loan Management<br>9.   Housing<br>10.  Financial Aid Automation Foundations<br>11.  Real-Time Integration with CampusNexus CRM | ✓ | |
| Web Services<br>1.   Contact Manager<br>2.   Document Management<br>3.   Authentication & Security<br>4.   Admissions<br>5.   Curriculum Management<br>6.   Enrollment and Life Cycle Management<br>7.   Student Services & Advising<br>8.   Financial Management<br>9.   Housing<br>10.  Utilities | ✓ | |
| Portal<br>1.   Employer Portal with SharePoint®<br>2.   Faculty Portal with SharePoint<br>3.   Applicant Portal with SharePoint<br>4.   Student Portal with SharePoint | ✓ | |
| CampusNexus® CRM<br>1.   Higher Education Object Pack<br>2.   Campaigns with Print Letters<br>3.   Territory Assignment<br>4.   Data Management Utility<br>5.   Constituent Interaction Hub<br>6.   Event Management<br>7.   Reactive Chat<br>8.   CRM Portal<br>9.   Application Management<br>10.  SMS Gateway integration<br>11.  Real-Time Integration with CampusNexus Student<br>12.  Web Client<br>13.  Mobile Client | ✓ | |

| CMC Software | Deployed | Not Yet Deployed* |
|---|---|---|
| **Web Services**<br>1. Contact<br>2. Account<br>3. Interaction<br>4. COF<br>5. Report<br>6. Portal<br>7. Higher Education Foundation<br>8. Utilities | ✓ | |

*Customer may deploy additional CMC Software, with additional SaaS and professional services fees, via an addendum to this Agreement.

**B. CAMPUSNEXUS ARCHITECTURE:**

| CampusNexus Architecture | Deployed | Not Yet Deployed |
|---|---|---|
| **Data Warehouse**<br>1. Automated Job for Extracting Transactional Data from CampusNexus Student into warehouse<br>2. Automated Job for Extracting Transactional Data from CampusNexus CRM into warehouse | | X |
| **Event Broker**<br>1. API for subscribing to events<br>2. Exposed Events from CampusNexus CRM<br>3. Exposed Events from Forms Builder*<br>4. Exposed Events from CampusNexus Student | ✓ | |
| **Workflow Composer**<br>1. A visual interface for orchestrating business processes<br>2. Activities for CampusNexus CRM<br>3. Activities for Forms Builder*<br>4. Activities for CampusNexus Student | ✓ | |
| **Forms Builder**<br>1. Designer<br>2. Renderer<br>3. Adaptors for CampusNexus Student and CampusNexus CRM<br>4. eSignature capability with DocuSign® | ✓ | |

*To be included in future Releases.

Notice:  With respect to the Business Objects Runtime Product (Crystal Reports) embedded in CampusNexus Student, Customer agrees not to (i) use the Runtime Product to create for distribution a product that is generally competitive, or (ii) use the Runtime Product to create for distribution a product that converts the report file format (.RPT) to an alternative.

**C. RECORD COUNT:**

**Initial Record Count for CampusNexus Student, CampusNexus Portal, and Web Services:** ___350___ ASRs

At all times during the Term, Customer shall be obligated to pay for not less than the Initial Record Count listed above.  CMC will bill Customer, and Customer shall promptly pay, for any additional ASRs on a monthly basis.  Customer may increase the Record Count by delivery of prior written notice specifying the new Record Count.  To the extent Customer increases the Record Count during the month, CMC will bill Customer in arrears at the end of the then-current month for the additional ASRs; fees will be calculated as of the first day of the month based on the highest Record Count subscribed for during the month.

For purposes of this Agreement, the Customer's Record Count shall be calculated in accordance with the following:

"Active Student Records" or "ASRs" defined as the number of students enrolled in at least one course at any Campus using CampusNexus Software, as well as any students on leave of absence. For purposes herein, such term shall not include students who have graduated or students who have dropped out (i.e., terminated studies and not on leave of absence).

**D. USERS:**
Maximum Users for CampusNexus CRM:   __5__   Concurrent Users

**E. CAMPUSES:**
Maximum Number of Campuses for CampusNexus Student: _____1_____
Campus names and addresses:

| Institution | Address | Unit ID / IPEDS ID | OPEID |
|---|---|---|---|
| California Institute of Arts and Technology | 2820 Camino Del Rio South, Suite 100 San Diego, CA 92108 | | |

**F. SCOPE FOR CAMPUSNEXUS® CRM:**

- CampusNexus CRM includes E-mail, Chat, and Phone Desk.
- Portal includes 10,000 user visits per month. Additional visits: $400/10,000 visits.
- Application Management counted within portal visit sessions.
- Pricing includes a non-production environment. See Exhibit A-5 for details.
- Customer will provide outbound mail relay (SMTP) capability for Campaign functionality.

**CONFIGURATION:**

1.      **CMC Configuration and Deployment Tasks:**
CMC will, with Customer's assistance, analyze Customer's current workflow and Customer inquiries in order to:
- Procure the hardware and software required for running the server and database
- Set up the operating system and other required software on the servers
- Set up Applications
- Set up and configure firewall protection
- Set up data back-ups
- Set up monitoring systems to alert server down and provide staff to respond to such alerts
- Designate emergency contacts at CMC and Customer site

2.      **Customer Configuration and Deployment Tasks:**
Customer will make the following preparations within 10 days of the Effective Date of this Agreement:

- Customer will provide CMC's staff with a list of any User Information that Customer wants stored in the database associated with the Applications.
- Customer will implement and use the e-mail format and SMTP settings specified by CMC that Customer must use to ensure that all e-mails and data transmissions are received by CMC.
- Customer must configure its computers, network router and firewall to allow data to flow between its system and the Applications in a secure manner.
- Customer will be responsible for configuring, monitoring and maintaining its computer and software systems including but not limited to system security, Local Area Network, network equipment, network and connections

3.      **Server:** Customer understands that the Applications are hosted in a shared server environment.

4.      **Additional Security Requirements or Services (i.e., Disaster Recovery, Enhanced Monthly Backups, etc.) (and related fees):** N/A

II. Rates, non-production environment, support, and named users are set forth below.

## A. NETWORK DEPLOYMENT FEES:

Customer shall pay the Network Deployment Fees as set forth in Exhibit A-2.

## B. MONTHLY RATE:

Customer shall pay the following rates for the scope set forth in this Exhibit A-1:

| Product | Monthly Rate per ASR/User | Monthly Rate per ASR/User |
|---|---|---|
| | Year 1 | Year 2 and Thereafter |
| CampusNexus Student | | |
| CampusNexus Portal | $8.77 | $9.75 |
| CampusNexus Student Web Services | | |
| CampusNexus CRM | $475.67 | $528.75 |
| CampusNexus CRM Web Services | | |

## C. NON-PRODUCTION ENVIRONMENT:

CMC SaaS Services includes a non-production Environment for CampusNexus Student; see Exhibit A-5 for details.
If Customer has selected Rapid Implementation for CampusNexus CRM, a non-production environment is not included; Customer may add a non-production environment for CRM at additional cost

## D. SUPPORT:

During the Term, subject to the terms and conditions of the Agreement, CMC shall render the CampusCare Standard support services as set forth in Exhibit A-3 during Normal Working Hours in support of the CMC Software for no additional charge.  Customer may elect to receive CampusCare Premium annual support for an additional monthly fee.  See Exhibit A-3 for details.

## E. NAMED USERS:

**Number of Named Users:** _____25_____
The list of Named Users is to be provided by Customer and promptly updated following any changes.

Microsoft CALs and other third-party licenses (i.e., Citrix ) for Customer's access and use of the hosted environment are licensed and charged based on Named Users, and must be purchased in order to add Named Users, pursuant to Section 3.2 of Schedule A.  Customer shall pay a one-time $50.00 fee per Named User for Third Party License Fees.  The one-time Third Party License Fees will be billed upon set-up.  The Number of Named Users listed above is the minimum monthly commitment.

For each Named User in addition to those included above, Customer shall pay an additional $63.84 per Named User, per month.

**EXHIBIT A-2**

**TERM, SUMMARY OF FEES, AND PAYMENT TERMS**

1. <u>Term</u>. The initial term ("Initial Term") shall commence on <u>January 1, 2017</u> (the "Commencement Date"), and continue through December 31, 2019, which Initial Term shall automatically renew for successive periods of one (1) year each (each a "Renewal Term," and collectively with the Initial Term referred to as the "Term"), unless either party provides written notice of termination at least sixty (60) days prior to the end of the then-current term. If at such time Customer desires the Renewal Term to be on a month-to-month basis, the Monthly Fees will increase by 20% over the then-current rates.

2. <u>Termination Fee</u>. If Customer terminates Schedule A for convenience by providing written notice to CMC in accordance with Section 4 of the General Terms and Conditions (or if CMC terminates Schedule A for a breach by Customer in accordance with the Section 4 of the General Terms and Conditions) at any time during the Term, then CMC shall retain all payments and Customer shall promptly pay to CMC all amounts it is obligated to pay under Schedule A for the remainder of the Term.

3. <u>Fees</u>.  The fees for the scope set forth in Exhibits A-1 are as follows:

### NETWORK DEPLOYMENT FEES

| | |
|---|---|
| **CampusNexus® Student** | |
| CampusNexus® Student | $4,500.00 |
| Web Services | $3,000.00 |
| Portal | $3,000.00 |
| **CampusNexus® CRM** | |
| CampusNexus CRM | $7,000.00 |
| **Architecture** | |
| Forms Builder | $1,000.00 |
| Less One-Time Discount | ($7,400.00) |
| **TOTAL NETWORK DEPLOYMENT FEES** | **$11,100.00\*** |

### MONTHLY FEES

| | |
|---|---|
| **CampusNexus® Student** | |
| CampusNexus Student, Portal, Web Services | |
| January 1, 2017 – December 31, 2017 | $3,069.50 |
| January 1, 2018  and thereafter | $3,412.50 |
| **CampusNexus® CRM** | |
| CampusNexus CRM, Web Services | |
| January 1, 2017 – December 31, 2017 | $2,378.35 |
| January 1, 2018  and thereafter | $2,643.75 |
| **Architecture** | |
| Event Broker | - |
| Workflow Composer | - |
| Forms Builder | - |

\*Third Party License Fees are additional and shall be billed upon set-up.

4. <u>Keys</u>.  Customer shall receive _____28_____ annual training keys for CampusCare Standard.

5.   Discounts/Special Pricing:  The above discounts/special pricing are contingent upon timely payments and no default under this Agreement.

6.   Payment.  Full payment of the non-refundable Network Deployment Fees are due and payable January 1, 2017.  Monthly Service Fees are payable monthly beginning on the Commencement Date and in accordance with Section 3 of the Schedule A.

7.   Offer Expiration.  The pricing and terms in this Agreement shall expire if not executed by Customer by November 30, 2016.

EXHIBIT A-3

MAINTENANCE AND SUPPORT SERVICES

Service levels, terms and conditions are subject to change annually upon prior notice.

<u>The following applies to CampusNexus® Student:</u>

CampusCare Premium support services are cumulative and in addition to CampusCare Standard support services.

| Service | CampusCare® Standard | CampusCare® Premium |
|---|---|---|
| Emergency* call availability during off hours (24/7/365) | | X |
| Immediate troubleshooting of cases submitted via phone | | X |
| Quarterly case review with support manager | | X |
| Custom case reporting | | X |
| Off-hours system upgrades for production environments | | X |
| Annual Passes to CampusInsight Users Conference | 2 | 4 |
| Keys | X | X |
| Upgrades for up to 2 additional named non-production environments, and database refreshes in conjunction with the upgrades. Upgrades shall be performed during normal business hours Monday – Friday, 8 a.m. – 5 p.m. ET. | | X |
| Support center, 8 a.m. – 8 p.m. ET (Monday – Friday) | X | X |
| Unlimited access to the Customer Support Website | X | X |
| Software patches | X | X |
| Unlimited access to Knowledgebase | X | X |
| Access the CampusNexus® user manual online | X | X |
| Software upgrades (new features and regulatory releases) for production environments | X | X |
| Support for CampusLink APIs | X | X** |

*Emergency is defined as System Down Issues. "System Down Issues" means extremely serious interruptions or outages to Customer's production system that has affected the majority of the user community or an Error which occurs in critical business functions that will result in loss of data or data corruption, or material revenue impairment. In the event of an emergency, Customer will report the issue telephonically to a CMC support engineer in addition to direct emails or submissions through the Customer Support Website.

**24/7/365 is not available for CampusLink APIs. Support is not provided for integrations or custom APIs without a Professional Services Support Contract.

The following applies to CampusNexus® CRM:

| Service | CampusCare® Standard |
|---|---|
| Emergency* availability during off hours (24/7/365) | X |
| Immediate troubleshooting of cases submitted via phone | X |
| Support center, 8 a.m. – 8 p.m. ET (Monday – Friday) | X |
| Unlimited access to the Customer Support Website | X |
| Software patches | X |
| Unlimited access to Knowledgebase | X |

*Emergency is defined as System Down Issues. "System Down Issues" means extremely serious interruptions or outages to Customer's production system that has affected the majority of the user community or an Error which occurs in critical business functions that will result in loss of data or data corruption, or material revenue impairment. Customer may call 1-800-483-9106 for any emergency system down during off hours.  In the event of an emergency, the Customer will report the issue telephonically to a CMC support engineer in addition to direct emails or submissions through the Customer Support Website.

The following applies to CampusNexus Student and CampusNexus CRM:

Standard support includes the following services:

1. CMC and Customer shall mutually designate a person as Customer's End User Support Coordinator ("EUSC") to coordinate routine End-User support concerning the CMC SaaS.  End-Users must refer all inquiries regarding the CMC SaaS to the EUSC.  After consultation with the End-User and determining that the inquiry involves a problem in the CMC SaaS, the EUSC may contact CMC and request, and CMC shall provide, the CampusCare Services described in the Agreement.
2. CMC shall receive from the EUSC (by telephone, e-mail or fax transmission) Customer's reports of Errors.
3. CMC shall maintain a toll-free telephone line that allows Customer to seek assistance with use of the CMC Software.
4. CMC shall maintain a trained staff capable of rendering the services set forth in this Agreement.
5. CMC shall be responsible for using reasonable diligence to correct verifiable and reproducible Errors when reported to CMC in accordance with CMC's standard reporting procedures. CMC shall, within a reasonable time of verifying that such an Error is present, initiate work in a diligent manner toward development of an Error Correction. CMC shall not be responsible for correcting Errors in any version of the CMC Software other than the most recent Release of the CMC Software.  For the most current severity level descriptions, please see http://www.campusmanagement.com/EN-US/about-Us/Pages/Incident-Severity.aspx, which may be updated from time to time.
6. Customer understands that the CMC Software is hosted in a shared server environment.
7. Customer acknowledges and agrees that this Agreement covers use of Releases solely to the extent such products are made generally available to all customers of CMC as part of the same level of maintenance and support services.  Any revisions to the CMC Software constituting new commercially available products, which may include new major functionality or material changes in technical specifications not made generally available to other customers receiving substantially the same level of support services, may be purchased under separate mutually agreeable arrangements.
8. In connection with the hosting of the CMC SaaS, CMC shall be primarily responsible for maintaining operating systems, application software and utilities that operate with the CMC Software.
9. Customer is responsible for obtaining primary support of any Third-Party Products under separate agreement with the providers of such services. CMC will use reasonable efforts (up to a maximum of thirty (30) minutes) attempting to diagnose and resolve problems associated with Third Party Products for no additional fee. If at any time CMC reasonably determines the problem is primarily caused by the Third Party Product(s), and not the CMC Software, then CMC shall be deemed to have satisfied its obligation to address the problem. Customer acknowledges that CMC may not be able to assist Customer with problems associated with Third Party Products, and Customer is encouraged to contact vendors of Third Party Products for pertinent support and maintenance services.
10. Customer may request services not covered in this Agreement, pertaining to the CMC Software (including, without limitation, data conversion, report-formatting assistance, diagnosis and repair of infrastructure problems), provided that such assistance, if agreed to be provided, shall be subject to CMC's standard rates for such services and may require the execution of a separate Statement of Work.
11. For the most current severity levels, please see http://www.campusmanagement.com/EN-US/about-Us/Pages/Incident-Severity.aspx, which may be updated from time to time.
12. Notice to Customers regarding scripts:
    a. Scripts are meant to address the issue identified on the specific support case, and should not be used again for any other issue.

      b.  Scripts are meant to be applied by CMC personnel, others can run the script at their own risk.

      c.  Customer understands that running any script on a production environment has the potential to affect that environment.

      d.  Customer shall pay on a time and material basis for any time or resources incurred by CMC to correct problems generated by Customer inappropriately applying the script.

13. The capitalized terms used herein shall have the following meanings:

      a.  **"Enhancement"** means any modification or addition that, when made or added to the CMC Software, changes its utility, efficiency, functional capability, or application.

      b.  **"Error"** means any failure of the CMC Software to substantially conform in all material respects to the Documentation. However, any nonconformity resulting from Customer's misuse, improper use, or alteration, or Customer's combining or merging the CMC Software with any hardware or software not supplied or identified as compatible by CMC in writing, shall not be considered an Error.

      c.  **"Error Correction"** means either a modification or an addition that, when made or added to the CMC Software, establishes material conformity of the CMC Software to the functional specifications, or a procedure or routine that, when observed in the regular operation of the CMC Software, eliminates the adverse effect on Customer of such nonconformity.

      d.  **"Normal Working Hours"** means the hours between 8 a.m. and 8 p.m. Eastern Time on the days Monday through Friday, excluding regularly scheduled holidays of CMC.

      e.  **"Releases"** means new versions of the CMC Software, which may include Error Corrections and/or Enhancements.

      f.  **"Third Party Products"** means products used by Customer in conjunction with the CMC Software, and not expressly licensed by CMC to Customer as part of the CMC SaaS, including, but not limited to, Microsoft Great Plains Accounting, Foxfire Report Writer, QuickTouch Point-of Sale, Scantron, PVI ImageNow, Microsoft SQL Server, Citrix Metaframe, Microsoft Terminal Server, Microsoft operating systems, and Microsoft Office.

Customer's EUSC may contact CMC for technical support as follows:

1. The preferred method for obtaining technical support is through the Customer Support Website: https://support.campusmgmt.com. Customer and any of its users may obtain user IDs and passwords to access maintenance and support information.

2. Electronic Mail: Customer may receive technical support via email, excluding public holidays, by sending all requests to support@campusmgmt.com.

3. Telephone:  To receive technical support via telephone in:
   APAC: Customer may call 91-80-23611932 or 91-80-23613728 between 6 a.m. to 8:30 p.m. IST Monday through Friday, excluding public holidays;
   AMERICAS: Customer may call 1-800-483-9106 from 8 a.m. to 8 p.m. Eastern Time, Monday through Friday, excluding public holidays.

EXHIBIT A-4

## CAMPUSVUE® SAAS MICROSOFT® LICENSE COMPLIANCE

The undersigned company, a California corporation whose primary place of business is 2820 Camino Del Rio South, Suite 100, San Diego, California 92108, acknowledges that CMC has advised it as to the following Microsoft License requirements:

1. Software Licenses
CMC has informed Customer that its software relies on certain functional capabilities of Microsoft Word, Excel, and/or Outlook in order to accomplish various operating tasks. Customer attests that all Customer computers accessing the CMC SaaS have and will maintain current Microsoft licenses in compliance with Microsoft's licensing requirements as spelled out in its Software Use Rights.

Customer acknowledges that having three specific software licenses (Word, Excel, and Outlook), or Microsoft Office, for each desktop may fulfill compliance with Microsoft licensing requirements. Alternatively, the recommended option is for each Customer desktop to be licensed to use all Microsoft Office components.

2. Software Support
Customer further acknowledges that CMC is not responsible for the operation or suitability of any Microsoft product for any business purpose other than use with the CMC SaaS. Customer agrees that any technical support related to Microsoft products, but not directly related to the CMC Software product, are not the responsibility of CMC.

3. Software Version Functionality
CMC may periodically recommend newer versions of Microsoft products should Customer's versions be so outdated as to impair functionality used in future versions of the CMC Software. CMC will make reasonable efforts to ensure that integrated functionality will be backward compatible with earlier versions of Office (Word, Excel, and Outlook) to the greatest extent possible.

4. Hold Harmless and Indemnity
Customer specifically agrees to hold harmless, indemnify, and defend, CMC, its officers, directors, employees, contractors, and sub-contractors from any license enforcement action(s), infringement suit(s), tort(s), demand(s), or judgment(s), including, without limitation, attorneys' fees, expenses and all damages, resulting from Customer's failure to maintain proper software licenses for each of its desktops, or use of unlicensed software on CMC's CampusNet Services. Publically funded state institutions shall be liable for damages incurred by CMC, but shall not be required to also indemnify or hold harmless CMC to the extent applicable state laws expressly prohibit the institution from indemnifying CMC.

5. General
This Exhibit regarding Microsoft License Compliance incorporates by reference all of the terms and conditions set forth in the Agreement.


AGREED AND ACCEPTED by the undersigned duly authorized representative of Customer.

CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY INC.

By: _____

Print: _____Jamie Doyle_____

Title: _____Pres_____

Date: _____11/1/10_____

EXHIBIT A-5

ENVIRONMENTS

In addition to Customer's existing production system, Customer will have access to non-production environment(s) as outlined in in the Agreement subject to the following:

I.    **CampusNexus® Student**

1.    Periodic updates and data refreshes can be done to the non-production environment(s) upon request no more than once a quarter.

2.    Security Updates will be identical to the production system. All critical third party patches and anti-virus updates will be updated on the non-production environment(s) before they are  applied to production.

3.    The non-production environment(s) will not be part of the backup or the disaster recovery plan.

4.    No service level commitments apply to the non-production environment(s). CMC will use commercially reasonable efforts to provide system availability during the primary hours of operations however in no event will credits to monthly fees apply for downtime related to the non-production environment(s).

5.    The number of users that will have access to the non-production environment(s) will be limited to approximately 25 concurrent users unless specifically sized otherwise.

6.    Unless specifically noted, non-production environment(s) do not apply to third party products.

7.    Non-production environments do not apply to CampusVue Performance Analytics.

II.    **CampusNexus® CRM***

1.    Upgrades of CampusNexus CRM to the latest Release is supported for both production and non-production systems.

2.    Updates and data refreshes can be done for the non-production environment(s) on a T&M basis or by separate addendum.

3.    Security Updates will be identical to the production system. All critical third party patches and anti-virus updates will be updated on the non-production environment(s) before they are applied to production.

4.    The non-production environment(s) will not be part of the backup or the disaster recovery plan.

5.    No service level commitments apply to the non-production environment(s). CMC will use commercially reasonable efforts to provide system availability during the primary hours of operations however in no event will credits to monthly fees apply for downtime related to the non-production environment(s).

6.    The number of users that will have access to the non-production environment(s) will be limited to approximately 25 concurrent users unless specifically sized otherwise.

7.    The non-production environment(s) will have the ability to support 1 mailbox provided by Customer to pull emails. This mailbox shall not be used for production purposes. Customer shall be liable for any issue arising in event of the misuse of this mailbox.

8.    Unless specifically noted, non-production environment(s) do not apply to third party products.

* If Customer has selected Rapid Implementation for CampusNexus CRM, a non-production environment is not included; Customer may add a non-production environment for CRM at additional cost.

EXHIBIT A-6

SERVICE LEVEL AGREEMENT

CMC provides this Service Level Agreement ("SLA") for the hosted environment subject to the terms and conditions below.

A.   **Monthly Service Level**

    1.   The Service Level is 99.7%.

    2.   The Monthly Uptime Percentage is calculated for a given calendar month using the following formula:

| Monthly Uptime Percentage = | | |
|---|---|---|
| Total number of minutes in a given calendar month | minus | Total number of minutes of Downtime in a given calendar month |
| Total number of minutes in a given calendar month | | |

B.   **Service Credits**

    1.   Should the Service Level fall below 99.7% for a given month, CMC shall provide a Service Credit as noted in the chart below:

| Monthly Uptime Percentage | Service Credit* |
|---|---|
| < 99.7% | 20% |
| < 99% | 40% |
| < 95% | 70% |

        *Service Credit will be issued against the applicable monthly fee paid by Customer for the CMC SaaS.

    2.   A Service Credit is Customer's sole and exclusive remedy for any violation of this SLA.

    3.   A Service Credit awarded in any calendar month shall not, under any circumstance, exceed Customer's Monthly Fee.

C.   **Claims**

    1.   In order to make a Claim, Customers must be in compliance with policies for acceptable use of the CMC SaaS found in the Agreement and follow the notice and claims procedures of this Subsection C.

    2.   In order to be eligible to submit a Claim with respect to any Incident, Customer must first notify CMC support service of the Incident **within five (5) business days following an Incident** by calling 1-800-483-9106 or emailing support@campusmgmt.com   Customer must provide all reasonable details regarding the Incident, including but not limited to, detailed description of the Incident, the duration of the Incident, the number of affected users and the locations of such users and any attempts made by Customer to resolve the Incident.

    3.   Thereafter, Customer must submit the Claim to CMC support service by calling 1-800-483-9106 or email at hostingclaims@campusmgmt.com and providing any additional evidence reasonably requested by CMC to support the Claim (as set forth in Section C(2) above), by the end of the month following the month in which the Incident which is the subject of the Claim occurs (for example, Incident occurs on January 15th, Customer provides notice on January 20th, Customer must provide sufficient evidence to support Claim by February 28th).

    4.   CMC will use all information reasonably available to it to validate Claims and make a good faith judgment on whether the SLA and Service Levels apply to the Claim.

    5.   CMC will use commercially reasonable efforts to process Claims within 45 days.

D.   **Exclusions**

1.   Downtime does not include:
   a.   The period of time when the CMC SaaS is not available as a result of Scheduled Downtime; or
   b.   Performance or availability issues that may affect the CMC SaaS:
      i.   Due to factors outside CMC's reasonable control;
      ii.   Related to add-on features for the CMC SaaS, including, but not limited to Reporting Services;
      iii.   That resulted from Customer's or third party hardware, software or services;
      iv.   That resulted from actions or inactions of Customer or third parties;
      v.   That resulted from actions or inactions by Customer or Customer's employees, agents, contractors, or vendors, or anyone gaining access to CMC's network by means of Customer's passwords or equipment.
      vi.   That were caused by Customer's use of the CMC SaaS after CMC advised Customer to modify its use of the CMC SaaS, if Customer did not modify its use as advised; or
      vii.   Through Customer's use of beta, trial offers, early access programs and/or demos (as determined by CMC).

2.   This SLA solely applies to the hosted environment behind the furthest point of CMC's firewall facing the public Internet. Issues relating to the Applications are covered solely under Exhibit A-3 of the Agreement.

E.   **Definitions:**

All capitalized terms not otherwise defined herein shall have the meaning set forth in the Master Agreement for Software as a Service ("SaaS") and Professional Services ("Agreement").

1.   "Claim" means a claim submitted by Customer to CMC that a Service Level under this SLA has not been met and that a Service Credit may be due to Customer.

2.   "Downtime" means a period of time when Customers are unable to access the CMC SaaS at the furthest point on CMC's firewall facing the public Internet.

3.   "Exclusions" means the performance or availability issues that are noted in Section D.

4.   "Incident" means an unplanned interruption to a service or a reduction in the quality of a service.

5.   "Scheduled Downtime" means published maintenance windows or times where CMC notifies Customer of periods of Downtime for scheduled network, hardware, CMC SaaS maintenance or CMC SaaS upgrades at least twenty-four (24) hours prior to the commencement of such Downtime, except for unforeseen emergency maintenance that can be carried out during the next published maintenance window.

6.   "Service Credit" means the amount credited to Customer by CMC for a validated Claim.

7.   "Service Level" means the percentage of CMC SaaS availability for a given month that CMC agrees to provide Customer, which is measured by the Monthly Uptime Percentage.

EXHIBIT A-7

DATA SHARING POLICY

This Data Sharing Policy is provided by CMC for the benefit of Customer to establish system and data security guidelines for the performance of services under and during the applicable term of the Agreement, regarding CMC's use, transfer, storage and protection of the Customer's data.

1. Intended Use of Data

Data will be used solely in connection with performance services under the mutually executed agreements entered into between CMC and Customer.

2. Constraints on Use

Data supplied by Customer to CMC, or if applicable collected by CMC on behalf of Customer, relating to Customer's students, prospective students, employees or alumni is the property of Customer and shall not be shared with third parties without the written permission of Customer or as provided for in the Agreement. Customer data shall not be sold or used, internally or externally, for any purpose not directly related to the scope of work defined in this Policy without the written permission of Customer.

3. Data Security

CMC shall employ appropriate technical and procedural measures that a similarly situated and reasonably prudent services provider in the same industry would provide under like circumstances designed to comply in all material respects with applicable laws regarding confidentiality and safeguarding of data, to protect Customer's data from unauthorized physical and electronic access. Methods employed are tested by CMC's authorized external, independent auditors on an annual basis and the final audit report may be shared with Customer upon request.

4. Data Categories

The following definitions shall be used to classify data for security purposes:

Normal: The least restrictive class of data. Although it must be protected from unauthorized disclosure and/or modification, it is often public information or generally releasable under Customer procedures for processing public records requests. Examples of this class of data are: class schedules, course catalogs, general ledger data, and employee demographic statistics.

Sensitive and/or Confidential Information: These classes may be differentiated under applicable laws, but generally include data for which specific protections are required by law or for which agencies are obligated to prevent identity theft or similar crimes or abuses. Examples of this class are: peoples' names in combination with any of the following: driver's license numbers, social security numbers, birth date, student or employee ID number, address, e-mail addresses, telephone numbers. Also included are: education records including papers, grades, and test results, or information identifiable to an individual that relates to any of these types of information. In addition, these classes include data elements that are either passwords in the traditional sense of function in the role or an access control such as a credit card number, expiration date, PIN, and card security code. Examples include: credit card numbers, expiration dates, PINs, card security codes, financial profiles, bank routing numbers, medical data, and law enforcement records. The foregoing data, or parts thereof, is sometimes referred to as "personally identifiable information" under applicable laws.

5. Data Handling Requirements

Data handling requirements may vary depending on the classification of data shared with CMC. Some data shared with CMC will involve a mix of data classes. Whenever data elements are aggregated for collection, transmission, or storage, the aggregate data shall be handled using the protocols that apply to the most sensitive data element.

CMC shall have a written policy requiring all data classified as Sensitive and/or Confidential Information to be encrypted in transit and either stored in a protected datacenter in the United States or, when stored on mobile devices, to use encryption in storage.  CMC shall tightly control and audit access to these elements.

6. Network Security

Connections to CMC computers utilizing the Internet, whether from client access or remote administration, must be protected using any of the following industry standard cryptographic technologies: SFTP, SSL/TLS, IPSec, SSH/SCP, PGP, or via Citrix®.

7. Campus Management Personnel

CMC shall limit access to Sensitive and Confidential data to those personnel with a well-defined business need to know and who are bound to non-disclosure obligations at least as protective as set forth in the Agreement.

8. Security Training

CMC shall provide periodic training for its personnel regarding CMC internal security policies and procedures, and on applicable state and federal legal requirements for protecting Sensitive and Confidential data.

9. Criminal Background Checks

Staff members of CMC with access to Confidential Information have been subject to a criminal background check and have no record of any felony convictions involving fraud or dishonesty within the past seven (7) years.

10. Prohibition on Mobile Devices and Removable Data

CMC shall have a written policy prohibiting the transfer or storage of unencrypted customer information on employee mobile devices or removable storage media for any reason. This policy shall be made available to each employee individually and shall be strictly enforced.

11. Compliance with Applicable Laws and Regulations

CMC and Customer shall comply with all applicable laws and regulations protecting Sensitive and Confidential Information, including the Family Educational Rights and Privacy Act (FERPA) and Gramm Leach Bliley Act (GLBA).

12. Notification of Security Breaches

Certain laws may require that affected individuals be notified in the event of a breach of privacy. Pursuant to the remedies required by applicable law, CMC agrees that, in the event of any breach in data security where unencrypted personal information of Customer's student, prospective student, employee or alumnus was acquired by an unauthorized person, CMC shall notify Customer of the security breach within 24 hours of discovery, or as otherwise required by the applicable law, and assist Customer with the notification action required under such law. To the extent the breach was caused by CMC, it shall pay for the costs of notifying the affected individuals pursuant to applicable law pursuant to the Agreement; to the extent the breach was caused by Customer, Customer shall pay CMC for time and expenses incurred to assist vendor with the analyses and notification of affected individuals.

13. Amendments and Alterations to this Policy

CMC may update this Policy from time-to-time by providing prior written notice to Customer and a fifteen (15) day opportunity for Customer to comment. Provided, no amendment shall be effective if it reduces the obligations of CMC from the terms set forth in this Policy, except by the express mutual written agreement of Customer and CMC.

14. Customer Obligations

Notwithstanding anything to the contrary, Customer and its representatives shall implement and maintain technical and procedural policies which comply with this Policy in the same manner as required of CMC herein. Customer acknowledges and agrees it is solely liable with respect to Customer's and its representatives' collection, access, use, transfer and storage of data, other than data in the control of CMC as specifically set forth herein (by way of example, and not limitation, Customer shall not send data via unencrypted email to CMC or by using FTP when SFTP is made available to Customer). CMC, its affiliates and representatives shall not be held liable to the extent a breach of data arises from a breach of this paragraph.

15. Termination of Services

In the event Customer or CMC terminates this Policy, or CMC ceases operation, CMC shall return to Customer, or destroy, all data collected in the course of the Agreement. CMC shall certify in writing that all copies of Sensitive and Confidential data stored on CMC servers, backup servers, backup media, or other media including paper copies have been permanently erased or destroyed. For purposes herein, "permanently erased" means the data have been completely overwritten and are unrecoverable.

DocuSign Envelope ID: 6CE9EE2D-4C61-4F96-A339-C6352D0DB74F

**ADDENDUM TO THE MASTER AGREEMENT FOR SOFTWARE AS A SERVICE
AND PROFESSIONAL SERVICES BETWEEN**

**CAMPUS MANAGEMENT CORP. AND**

**CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY INC.**

**Purpose of Addendum:  Increase ASRs, Add Campus**

This Addendum, effective upon the mutual execution by the parties hereunder, is incorporated into and made a part of the Master Agreement for Software As A Service and Professional Services (the "Agreement") between **Campus Management Corp.** ("CMC") and **California Institute of Arts and Technology Inc.** ("Customer"), dated as of November 1, 2016.  All capitalized terms not otherwise defined herein shall have the meaning set forth in the Agreement. The Agreement shall be amended, as follows:

**SaaS**

1.   Customer is hereby authorized to use the CMC Software for One (1) additional Campus (italicized below), and for an additional Three Hundred Fifty (350) ASRs, for a total of up to Seven Hundred (700) ASRs.

2.   The authorized Campuses are as follows:

| Institution | Address | Unit ID / IPEDS ID | OPEID |
|---|---|---|---|
| California Institute of Arts and Technology | 2820 Camino Del Rio South, Suite ʹ00 San Diego, CA 92108 | | |
| *California Institute of Arts and Technology* | *401 Mile of Cars Way, Suite 100 National City, CA 91950* | | |
| | ***Total # of Campuses - 2*** | | |

3.   The new total Monthly Charges for use of the CMC Software, based on the addition of One (1) Campus and Three Hundred Fifty (350) ASRs, beginning May 1, 2017, are as follcws:

| CMC Software | Total ASRs/Users | Monthly Rate Per ASR | Total Recurring Monthly Charges |
|---|---|---|---|
| CampusNexus Student, Portal, Web Services<br>May 1, 2017 – December 31, 2017<br>January 1, 2018 and thereafter | 700 ASRs | $8.77<br>$9.75 | $6,139.00<br>$6,825.00 |
| CampusNexus CRM, Web Services<br>May 1, 2017 – December 31, 2017<br>January 1, 2018 and thereafter | 5 Users | $475.67<br>$528.75 | $2,378.35<br>$2,643.75 |

4.   No payment is due and payable at this time.  Customer shall continue to pay the recurring Monthly Charges, as amended by the above total, in accordance with the payment provisions of the Agreement.

5.   The pricing and terms in this Addendum shall expire if not executed by Customer by May 31, 2017.

This Addendum is deemed effective upon acceptance at CMC's principal offices.  Except as expressly stated herein, all other terms of the Agreement, as amended, remain unchanged and in full force and effect.

**CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY, INC.**

By: _____Jamie Doyle_____

Print: _____Jamie Doyle_____

Title: _____President_____

Date: _____April 21, 2017_____

**CAMPUS MANAGEMENT CORP.**

By: _____Anders Nessen_____

Print: _____Anders Nessen_____

Title: _____CFO_____

Date: _____April 24, 2017_____



## Certificate Of Completion

Envelope Id: 6CE9EE2D4C614F96A339C6352D0DB74F
Subject: California Institute/CMC - Increase ASRs, add Campus
Source Envelope:
Document Pages: 5
Supplemental Document Pages: 0
Certificate Pages: 8
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-07:00) Mountain Time (US & Canada)

Status: Completed

Signatures: 4
Initials: 0

Payments: 0

Envelope Originator:
Susan Nelson

777 Yamato Road, Suite 400
Boca Raton, FL  33431
snelson@campusmgmt.com
IP Address: 71.84.127.238

## Record Tracking

Status: Original
    4/14/2017 11:12:31 AM

Holder: Susan Nelson
    snelson@campusmgmt.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jamie Doyle<br>jamie@calarttech.edu<br>President<br>Security Level: Email, Account Authentication (None) | *Jamie Doyle*<br>DocuSigned by:<br>7C2249825E2945A<br><br>Using IP Address: 98.174.142.245 | Sent: 4/14/2017 11:14:52 AM<br>Viewed: 4/21/2017 12:58:48 PM<br>Signed: 4/21/2017 1:48:53 PM |
| Electronic Record and Signature Disclosure:<br>  Accepted: 4/21/2017 12:58:48 PM<br>  ID: 2883fabf-4000-497f-abb3-e2cd422f8d36 | | |
| Yvonne Seoane<br>yseoane@campusmgmt.com<br>Paralegal<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | **Completed**<br><br>Using IP Address: 12.149.77.69 | Sent: 4/21/2017 1:48:55 PM<br>Viewed: 4/24/2017 9:08:12 AM<br>Signed: 4/24/2017 9:09:58 AM<br>Freeform Signing |
| Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | | |
| Anders Nessen<br>ANessen@campusmgmt.com<br>CFO<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | *Anders Nessen*<br>DocuSigned by:<br>AB56EF1393BD420<br><br>Using IP Address: 12.149.77.69 | Sent: 4/24/2017 9:10:00 AM<br>Viewed: 4/24/2017 11:36:38 AM<br>Signed: 4/24/2017 11:36:53 AM |
| Electronic Record and Signature Disclosure:<br>  Accepted: 1/16/2013 9:16:14 AM<br>  ID: a41ed869-6a4a-4623-96e7-772aa7ba783f | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Arunkumar Nagendraiah<br>anagendraiah@campusmgmt.com<br>Senior Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 9:10:00 AM |
| Chuck Dott<br>CDott@campusmgmt.com<br>Senior Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 9:10:00 AM |
| Gulshan Kumar<br>gkumar@campusmgmt.com<br>Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 9:10:01 AM |
| Jennifer Pakel<br>JPakel@campusmgmt.com<br>Project Coordinator<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 9:10:01 AM |
| Roman Civalero<br>RCivalero@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 9:10:01 AM |
| Scott Matchunis<br>openairhelpdesk@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 9:10:00 AM<br>Viewed: 4/24/2017 11:56:45 AM |
| Chris Flint<br>CFlint@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Emiliano Diez<br>EDiez@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Jins Varghese<br>JinsV@talisma.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Victoria Prieto<br>VPrieto@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Billing<br>Billing@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Accepted: 1/17/2013 3:55:12 PM<br>  ID: 491820e0-e6b8-42c5-925a-86e2b51a8f2f | **COPIED** | Sent: 4/24/2017 11:36:56 AM<br>Viewed: 4/24/2017 3:24:14 PM |
| Trey Rustmann<br>TRustmann@campusmgmt.com<br>Senior Director of Professional Services<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 11:36:56 AM |
| Client Services Management Group<br>ClientServicesManagers@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Accepted: 1/16/2013 9:22:36 AM<br>  ID: bec8ccea-0fca-49c4-991d-17bcc44969cd | **COPIED** | Sent: 4/24/2017 11:36:56 AM |
| Ariel Zhang<br>AZhang@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign<br>  ID: | **COPIED** | Sent: 4/24/2017 11:36:56 AM<br>Viewed: 4/24/2017 12:36:56 PM |
| Kyle Huston<br>KHuston@campusmgmt.com<br>Director of Finance<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 4/24/2017 11:36:56 AM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Electronic Record and Signature Disclosure:<br>   Accepted: 1/14/2013 4:22:13 PM<br>   ID: bd05a6d0-55ac-455a-b508-290d36c6717d | | |
| Carol Ronk<br>CRonk@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:56 AM |
| Christian Rossetti<br>crossetti@campusmgmt.com<br>Regional Sales Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Dave Stephenson<br>dstephenson@campusmgmt.com<br>Account Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Rob Butler<br>rbutler@campusmgmt.com<br>Enterprise Account Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Thomas Arra<br>TArra@campusmgmt.com<br>Regional Sales Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM<br>Viewed: 4/24/2017 12:00:16 PM |
| Paul Blanchette<br>PBlanchette@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Meghann Benedetto<br>MBenedetto@campusmgmt.com<br>Sales Operations Manager<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Tiffany Armer<br>TArmer@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Yvonne Seoane<br>YSeoane@campusmgmt.com<br>Paralegal<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM<br>Viewed: 4/27/2017 11:10:08 AM |

| Notary Events | | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/24/2017 11:36:57 AM |
| Certified Delivered | Security Checked | 4/24/2017 11:36:57 AM |
| Signing Complete | Security Checked | 4/24/2017 11:36:57 AM |
| Completed | Security Checked | 4/24/2017 11:36:57 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 1/9/2013 11:14:51 AM
Case 1:18-cv-24701-KMM   Document 3-1   Entered on FLSD Docket 11/09/2018   Page 34 of 99
Parties agreed: Laura Boyd, Andrew Massey, Quality Client Services Management Group, Kyle Huston

## CONSUMER DISCLOSURE

From time to time, Campus Management Corporation (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the ÃI agreeÃ† button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign Ã´Withdraw ConsentÃ¶ form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Campus Management Corporation:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: yseoane@campusmgmt.com

**To advise Campus Management Corporation of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at yseoane@campusmgmt.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Campus Management Corporation**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to yseoane@campusmgmt.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Campus Management Corporation**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to yseoane@campusmgmt.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000Â¬ or WindowsXPÂ¬ |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0Â¬ or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0Â¬, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Ã² Allow per session cookies<br>Ã² Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to

other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the Ã¦I agreeÃ† button below.

By checking the Ã¦I AgreeÃ† box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Campus Management Corporation as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Campus Management Corporation during the course of my relationship with you.

**ADDENDUM TO THE MASTER AGREEMENT FOR SOFTWARE AS A SERVICE
AND PROFESSIONAL SERVICES BETWEEN**

**CAMPUS MANAGEMENT CORP. AND**

**CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY INC.**

**Purpose of Addendum:  Add Users**

This Addendum, effective upon the mutual execution by the parties hereunder, is incorporated into and made a part of the Master Agreement for Software As A Service and Professional Services (the "Agreement") between **Campus Management Corp.** ("CMC") and **California Institute of Arts and Technology Inc.** ("Customer"), dated as of November 1, 2016.  All capitalized terms not otherwise defined herein shall have the meaning set forth in the Agreement. The Agreement shall be amended, as follows:

**SaaS**

1.  Customer is hereby authorized to use the CMC Software for Two (2) additional concurrent Users, for a total of up to Seven (7) concurrent Users for CampusNexus CRM.

2.  The new total Monthly Charges for use of the CMC Software, based on the addition of Two (2) concurrent Users, beginning June 1, 2017, are as follows:

| CMC Software | Total ASRs/Users | Monthly Rate Per ASR | Total Recurring Monthly Charges |
|---|---|---|---|
| CampusNexus Student, Portal, Web Services<br>June 1, 2017 – December 31, 2017<br>January 1, 2018 and thereafter | 700 ASRs | $8.77<br>$9.75 | $6,139.00<br>$6,825.00 |
| CampusNexus CRM, Web Services<br>June 1, 2017 – December 31, 2017<br>January 1, 2018 and thereafter | 7 Users | $475.67<br>$528.75 | $3,329.69<br>$3,701.25 |

3.  No payment is due and payable at this time.  Customer shall continue to pay the recurring Monthly Charges, as amended by the above total, in accordance with the payment provisions of the Agreement.

4.  The pricing and terms in this Addendum shall expire if not executed by Customer by June 30, 2017.

This Addendum is deemed effective upon acceptance at CMC's principal offices.  Except as expressly stated herein, all other terms of the Agreement, as amended, remain unchanged and in full force and effect.

| CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY, INC. | CAMPUS MANAGEMENT CORP. |
|---|---|
| By: _Jamie Doyle_ | By: _Anders Nessen_ |
| Print: Jamie Doyle | Print: Anders Nessen |
| Title: President | Title: CFO |
| Date: June 5, 2017 | Date: June 9, 2017 |



## Certificate Of Completion

Envelope Id: CA988446C00842F3B72C5BC3FD193B31
Subject: CIAT/CMC Contracts - MA Addendum (SaaS) - CRM Licenses
Source Envelope:
Document Pages: 1
Supplemental Document Pages: 0
Certificate Pages: 7
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Status: Completed

Signatures: 2
Initials: 0

Payments: 0

Envelope Originator:
Erica Samuels-Didier

777 Yamato Road, Suite 400
Boca Raton, FL  33431
esamuels@campusmgmt.com
IP Address: 50.155.68 85

## Record Tracking

Status: Original
          6/1/2017 10:07:28 AM

Holder: Erica Samuels-Didier
          esamuels@campusmgmt.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jamie Doyle<br>Jamie@Calarttech.edu<br>President<br>Security Level: Email, Account Authentication (None) | *Jamie Doyle*<br>7C2249625E2845A..<br><br>Using IP Address: 98.174.142.245 | Sent: 6/1/2017 11:08:24 AM<br>Viewed: 6/5/2017 7:17:34 PM<br>Signed: 6/5/2017 7:17:43 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 6/5/2017 7:17:34 PM<br>    ID: cbc3ae5c-ae8d-4063-9880-69ee2d57fdc8 | | |
| Yvonne Seoane<br>yseoane@campusmgmt.com<br>Senior Paralegal<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | **Completed**<br><br>Using IP Address: 12.149.77.69 | Sent: 6/5/2017 7:17:44 PM<br>Viewed: 6/8/2017 6:00:26 PM<br>Signed: 6/8/2017 6:00:48 PM<br>Freeform Signing |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| Anders Nessen<br>ANessen@campusmgmt.com<br>CFO<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | *Anders Nessen*<br>AB56EF1393BD420..<br><br>Using IP Address: 12.149.77.69 | Sent: 6/8/2017 6:00:5C PM<br>Viewed: 6/9/2017 8:12:21 AM<br>Signed: 6/9/2017 8:12:33 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 1/16/2013 11:16:14 AM<br>    ID: a41ed869-6a4a-4623-96e7-772aa7ba783f | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| **Editor Delivery Events** | **Status** | **Timestamp** |
| **Agent Delivery Events** | **Status** | **Timestamp** |
| **Intermediary Delivery Events** | **Status** | **Timestamp** |
| **Certified Delivery Events** | **Status** | **Timestamp** |
| **Carbon Copy Events** | **Status** | **Timestamp** |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Tierra Murguia<br>Tierra@Calarttech.edu<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/1/2017 11:08:25 AM |
| Scott Matchunis<br>openaihelpdesk@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/8/2017 6:00:50 PM<br>Viewed: 6/8/2017 7:3¹:38 PM |
| Chris Flint<br>CFlint@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/9/2017 8:12:36 AM<br>Resent: 6/9/2017 9:52:00 AM |
| Emiliano Diez<br>EDiez@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/9/2017 8:12:37 AM<br>Resent: 6/9/2017 9:52:01 AM |
| Jins Varghese<br>JinsV@talisma.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/9/2017 8:12:37 AM<br>Resent: 6/9/2017 9:52:01 AM |
| Victoria Prieto<br>VPrieto@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/9/2017 8:12:38 AM<br>Resent: 6/9/2017 9:52:02 AM |
| Billing<br>Billing@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Accepted: 1/17/2013 5:55:12 PM<br>    ID: 491820e0-e6b8-42c5-925a-86e2b51a8f2f | COPIED | Sent: 6/9/2017 8:12:35 AM<br>Viewed: 6/9/2017 10:17:41 AM |
| Carol Ronk<br>CRonk@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/9/2017 8:12:35 AM |
| Trey Rustmann<br>TRustmann@campusmgmt.com<br>Senior Director of Professional Services<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 6/9/2017 8:12:37 AM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| Client Services Management Group<br>ClientServicesManagers@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Accepted: 1/16/2013 11:22:36 AM<br>    ID: bec8ccea-0fca-49c4-991d-17bcc44969cd | COPIED | Sent: 6/9/2017 8:12:36 AM |
| Kyle Huston<br>KHuston@campusmgmt.com<br>Director of Finance<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Accepted: 1/14/2013 6:22:13 PM<br>    ID: bd05a6d0-55ac-455a-b508-290d36c6717d | COPIED | Sent: 6/9/2017 8:12:36 AM<br>Viewed: 6/20/2017 2:45:23 PM |
| Christian Rossetti<br>crossetti@campusmgmt.com<br>Regional Sales Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/9/2017 8:12:36 AM |
| Dave Stephenson<br>dstephenson@campusmgmt.com<br>Account Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/9/2017 8:12:36 AM |
| Rob Butler<br>rbutler@campusmgmt.com<br>Enterprise Account Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/9/2017 8:12:36 AM<br>Viewed: 6/9/2017 2:02:02 PM |
| Thomas Arra<br>TArra@campusmgmt.com<br>Regional Sales Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 6/9/2017 8:12:37 AM<br>Viewed: 6/9/2017 10:25:52 AM |
| Paul Blanchette<br>PBlanchette@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:** | COPIED | Sent: 6/9/2017 8:12:37 AM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Not Offered via DocuSign | | |

| | | |
|---|---|---|
| Meghann Benedetto<br>MBenedetto@campusmgmt.com<br>Sales Operations Manager<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 6/9/2017 8:12:37 AM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| Tiffany Armer<br>TArmer@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 6/9/2017 8:12:37 AM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| Yvonne Seoane<br>YSeoane@campusmgmt.com<br>Senior Paralegal<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 6/9/2017 8:12:38 AM<br>Viewed: 7/6/2017 3:31:39 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/9/2017 9:52:02 AM |
| Certified Delivered | Security Checked | 6/9/2017 9:52:02 AM |
| Signing Complete | Security Checked | 6/9/2017 9:52:02 AM |
| Completed | Security Checked | 6/9/2017 9:52:02 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 1/9/2013 1:14:31 PM
Parties agreed to: Jamie Coyle, Jack Nassen, BMG, Internet Services Management Group, Kyle Heston

Case 1:18-cv-24701-KMM   Document 1   Entered on FLSD Docket 11/09/2018   Page 42 of 99

## CONSUMER DISCLOSURE

From time to time, Campus Management Corporation (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the ÃI agreeÃ† button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign Ã‘Withdraw ConsentÃ¶ form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Campus Management Corporation:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

 To contact us by email send messages to: yseoane@campusmgmt.com

**To advise Campus Management Corporation of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at yseoane@campusmgmt.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Campus Management Corporation**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to yseoane@campusmgmt.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Campus Management Corporation**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

    i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
    ii. send us an e-mail to yseoane@campusmgmt.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000Â¬ or WindowsXPÂ¬ |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0Â¬ or above |
| Browsers (for SIGNERS): . | Internet Explorer 6.0Â¬, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Ã² Allow per session cookies<br>Ã² Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to

other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the Ã¦I agreeÃ† button below.

By checking the Ã¦I AgreeÃ† box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Campus Management Corporation as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Campus Management Corporation during the course of my relationship with you.

DocuSign Envelope ID: 081FB811-CB73-49BA-8385-A552EC2F1D6B

**ADDENDUM TO THE MASTER AGREEMENT FOR SOFTWARE AS A SERVICE
AND PROFESSIONAL SERVICES BETWEEN**

**CAMPUS MANAGEMENT CORP. AND**

**CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY INC.**

**Purpose of Addendum:  Increase ASRs**

This Addendum, effective upon the mutual execution by the parties hereunder, is incorporated into and made a part of the Master Agreement for Software As A Service and Professional Services (the "Agreement") between **Campus Management Corp.** ("CMC") and **California Institute of Arts and Technology Inc.** ("Customer"), dated as of November 1, 2016.  All capitalized terms not otherwise defined herein shall have the meaning set forth in the Agreement. The Agreement shall be amended, as follows:

**SaaS**

1.  Customer is hereby authorized to use the CMC Software for an additional One Hundred (100) ASRs, for a total of up to Eight Hundred (800) ASRs.

2.  The new total Monthly Charges for use of the CMC Software, based on the addition of One Hundred (100) ASRs, beginning October 1, 2017, are as follows:

| CMC Software | Total ASRs/Users | Monthly Rate Per ASR | Total Recurring Monthly Charges |
|---|---|---|---|
| CampusNexus Student, Portal, Web Services<br>October 1, 2017 – December 31, 2017<br>January 1, 2018 and thereafter | 800 ASRs | <br>$8.77<br>$9.75 | <br>$7,016.00<br>$7,800.00 |
| CampusNexus CRM, Web Services<br>October 1, 2017 – December 31, 2017<br>January 1, 2018 and thereafter | 7 Users | <br>$475.67<br>$528.75 | <br>$3,329.69<br>$3,701.25 |

3.  No payment is due and payable at this time.  Customer shall continue to pay the recurring Monthly Charges, as amended by the above total, in accordance with the payment provisions of the Agreement.

4.  The pricing and terms in this Addendum shall expire if not executed by Customer by September 30, 2017.

This Addendum is deemed effective upon acceptance at CMC's principal offices.  Except as expressly stated herein, all other terms of the Agreement, as amended, remain unchanged and in full force and effect.

| CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY, INC. | | CAMPUS MANAGEMENT CORP. | |
|---|---|---|---|
| By: | *Jamie Doyle* | By: | *Anders Nessen* |
| | 7C2249825E2845A... | | AB56EF1393BD420... |
| Print: | Jamie Doyle | Print: | Anders Nessen |
| Title: | President | Title: | CFO |
| Date: | September 18, 2017 | Date: | October 2, 2017 |

Add MA
SN-091517

Confidential

1803-CALINSTART-9-0194



## Certificate Of Completion

Envelope Id: 081FB811CB7349BA8385A552EC2F1D6B
Subject: California Institute - increase ASRs 800
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 4 | Signatures: 6 | Envelope Originator: |
| Supplemental Document Pages: 0 | Initials: 0 | Susan Nelson |
| Certificate Pages: 7 | | |
| AutoNav: Enabled | Payments: 0 | 5201 Congress Avenue |
| EnvelopeId Stamping: Enabled | | Boca Raton, FL 33431 |
| Time Zone: (UTC-07:00) Mountain Time (US & Canada) | | snelson@campusmgmt.com |
| | | IP Address: 64.134.27.113 |

Status: Completed

### Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Susan Nelson | Location: DocuSign |
|     9/18/2017 10:29:47 AM |     snelson@campusmgmt.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jamie Doyle<br>jamie@calarttech.edu<br>President<br>Security Level: Email, Account Authentication (None) |  Jamie Doyle<br>Using IP Address: 98.174.142.245 | Sent: 9/18/2017 10:30:40 AM<br>Viewed: 9/18/2017 11:45:22 AM<br>Signed: 9/18/2017 11:46:49 AM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 6/5/2017 5:17:34 PM<br>  ID: cbc3ae5c-ae8d-4063-9880-69ee2d57fdc8 | | |
| Yvonne Seoane<br>yseoane@campusmgmt.com<br>Senior Paralegal<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | Completed<br>Using IP Address: 12.149.77.66 | Sent: 9/18/2017 11:46:52 AM<br>Viewed: 10/2/2017 9:42:56 AM<br>Signed: 10/2/2017 9:44:00 AM<br>Freeform Signing |
| **Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | | |
| Anders Nessen<br>ANessen@campusmgmt.com<br>CFO<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) |  Anders Nessen<br>Using IP Address: 12.149.77.66 | Sent: 10/2/2017 9:44:03 AM<br>Viewed: 10/2/2017 10:15:05 AM<br>Signed: 10/2/2017 10:15:38 AM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 1/16/2013 9:16:14 AM<br>  ID: a41ed869-6a4a-4623-96e7-772aa7ba783f | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Arunkumar Nagendraiah<br>anagendraiah@campusmgmt.com<br>Senior Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | **COPIED** | Sent: 10/2/2017 9:44:04 AM |
| Chuck Dott<br>CDott@campusmgmt.com<br>Senior Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | **COPIED** | Sent: 10/2/2017 9:44:04 AM |
| Gulshan Kumar<br>gkumar@campusmgmt.com<br>Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | **COPIED** | Sent: 10/2/2017 9:44:04 AM |
| Roman Civalero<br>RCivalero@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | **COPIED** | Sent: 10/2/2017 9:44:04 AM |
| Scott Matchunis<br>openairhelpdesk@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | **COPIED** | Sent: 10/2/2017 9:44:03 AM<br>Viewed: 10/2/2017 11:26:06 AM |
| Billing<br>Billing@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Accepted: 1/17/2013 3:55:12 PM<br>   ID: 491820e0-e6b8-42c5-925a-86e2b51a8f2f | **COPIED** | Sent: 10/2/2017 10:15:41 AM<br>Viewed: 10/2/2017 10:31:33 AM |
| Carol Ronk<br>CRonk@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | **COPIED** | Sent: 10/2/2017 10:15:41 AM |
| Trey Rustmann<br>TRustmann@campusmgmt.com<br>Senior Director of Professional Services<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 10/2/2017 10:15:41 AM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |
| Client Services Management Group<br>ClientServicesManagers@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Accepted: 1/16/2013 9:22:36 AM<br>   ID: bec8ccea-0fca-49c4-991d-17bcc44969cd | COPIED | Sent: 10/2/2017 10:15:41 AM |
| Ariel Zhang<br>AZhang@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | COPIED | Sent: 10/2/2017 10:15 41 AM |
| Kyle Huston<br>KHuston@campusmgmt.com<br>Director of Finance<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Accepted: 1/14/2013 4:22:13 PM<br>   ID: bd05a6d0-55ac-455a-b508-290d36c6717d | COPIED | Sent: 10/2/2017 10:15 41 AM |
| Dave Stephenson<br>dstephenson@campusmgmt.com<br>Account Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | COPIED | Sent: 10/2/2017 10:15 41 AM |
| Rob Butler<br>rbutler@campusmgmt.com<br>Enterprise Account Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | COPIED | Sent: 10/2/2017 10:15 41 AM |
| Thomas Arra<br>TArra@campusmgmt.com<br>Regional Sales Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | COPIED | Sent: 10/2/2017 10:15 41 AM |
| Paul Blanchette<br>PBlanchette@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | COPIED | Sent: 10/2/2017 10:15:41 AM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Meghann Benedetto<br>MBenedetto@campusmgmt.com<br>Sales Operations Manager<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | COPIED | Sent: 10/2/2017 10:15:41 AM |
| Sarah Salpeter<br>SSalpeter@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | COPIED | Sent: 10/2/2017 10:15:41 AM |
| Yvonne Seoane<br>YSeoane@campusmgmt.com<br>Senior Paralegal<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | COPIED | Sent: 10/2/2017 10:15:41 AM<br>Viewed: 10/2/2017 1 48:37 PM |

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/2/2017 10:15:41 AM |
| Certified Delivered | Security Checked | 10/2/2017 10:15:41 AM |
| Signing Complete | Security Checked | 10/2/2017 10:15:41 AM |
| Completed | Security Checked | 10/2/2017 10:15:41 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 1/9/2013 11:14:31 AM
Case 1:18-cv-24767-KMM   Document 1   Entered on FLSD Docket 11/09/2018   Page 50 of 99
Parties agreed to: Andrew Baker, Maysen Donaj, Michael Varlesi, Management Group, Kyle Houst...

## CONSUMER DISCLOSURE

From time to time, Campus Management Corporation (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the ÃiI agreeÃ† button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign Ã Withdraw ConsentÃ¶ form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Campus Management Corporation:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: yseoane@campusmgmt.com

**To advise Campus Management Corporation of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at yseoane@campusmgmt.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Campus Management Corporation**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to yseoane@campusmgmt.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Campus Management Corporation**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

>i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
>ii. send us an e-mail to yseoane@campusmgmt.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000Â¬ or WindowsXPÂ¬ |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0Â¬ or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0Â¬, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Ã² Allow per session cookies<br>Ã² Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to

other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the Ã¦I agreeÃ† button below.

By checking the Ã¦I AgreeÃ† box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Campus Management Corporation as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Campus Management Corporation during the course of my relationship with you.

Campus Management Corp.

# Statement of Work No. 2457680

## Introduction

This STATEMENT OF WORK ("SOW") identifies the scope of services, deliverables, quotation, and payment arrangements between **Campus Management Corp.** ("CMC") and **California Institute of Arts and Technology, Inc.** ("Customer"), subject to the terms and conditions of the Master Agreement ("Agreement") entered into by the parties, which Agreement the parties hereby agree to renew and extend to apply to this SOW, except this SOW shall control over any conflicting terms, conditions, or pricing in the Agreement. This SOW will become effective by Customer submitting to CMC its signature on this document within ten (10) days from the date CMC delivers the SOW to Customer and CMC's signature and acceptance thereafter ("Effective Date"). CMC shall have no obligation to perform services prior to such time.

## Period of Performance

The period of performance for this engagement will commence following the effective date of this SOW and CMC's receipt of the initial payment as required below, and will continue until all services are performed or this SOW terminates.

## Engagement Scope

The engagement scope includes the implementation of the following products:

- CampusNexus® Student
- CampusNexus® CRM
- Portal
- Forms Builder

This is the inclusive list of all CMC software products that will be implemented within the scope of this Statement of Work and will be referenced in this document as "Campus Management Products." The products may also be referenced singly or in groups.

A detailed description of the engagement scope can be found in the "Services to be Performed and Deliverables" section.

## Services to be Performed and Deliverables

### 1. Project Management

CMC will provide project management support for the execution and delivery of all project deliverables and milestones. The CMC Project Manager will encompass project definition and kick-off, project plan development and maintenance, task coordination and prioritization, implementation planning, deliverable planning, resource allocation and scheduling, financial updates, risk analysis, issue escalation, change and acceptance management, and regular project status updates related to all CMC project activity. CMC will provide executive management throughout the entire project. The CMC Executive Sponsor and Customer Enablement Manager will encompass project oversight, contract compliance, consistent communication, and issues resolution.

**Deliverables:**

- Kickoff Meeting Agenda and Presentation
- Project Plan
- Meeting Agendas
- Status Reports
- Trip Reports
- Risks and Issues Log

1705. CALINS ART. 3. 0402

- Executive Meetings

## 2. Infrastructure and Software Installation

The installation will be completed by the CMC CampusNet® IT Services, Professional Services, and Information Technology Teams. Set-up of the initial database structures on the Microsoft SQL server will also be performed concurrent to the installation process.

Deliverables:

- Installation of Campus Management Products

## 3. Product Implementation

The activities below describe the technical and professional services and deliverables that CMC will provide in support of Customer's implementation of Campus Management Products in scope of this engagement.

### 3.1 Analysis and Assessment

#### 3.1.1 Activity: Business Requirements and Process Analysis

CMC will facilitate and document a formal business requirements review sessions with Customer's stakeholders. The goal of these sessions will be to gather business requirements information, identify existing procedures, and develop new business processes to promote the efficient use of Campus Management Products. These sessions will be conducted on-site at one (1) Customer location. Following the sessions, CMC will analyze the compiled information and consult with Customer on "Best Practices" to be used. The goal of this approach is to tailor Customer's processes to best fit the functional capabilities of the Campus Management Products. The outcome of this Activity will provide the baseline for the configuration of the Campus Management Products and define the scope of the business processes and functionality agreed upon by Customer and CMC.

Deliverables:

- Campus Management Products Overview Presentations
- Business Requirements Document (BRD) for Campus Management Products in scope of this document

### 3.2 CMC System Configuration

CMC will lead on-site or remote support for the system configuration of all Campus Management Products in scope. CMC will also train Customer on how to perform configuration of the Campus Management Products in scope. Configuration activity is a joint activity in order to make Customer self-sufficient. The configuration will be based on the defined and approved business processes and requirements. Concurrent to this configuration process, CMC will train the Customer Functional Administrator(s) to maintain system configurations going forward.

Deliverables:

- Configuration Guides and/or Roadmap for all Campus Management Products in scope of this document

### 3.3 User Acceptance Testing

CMC will provide support to Customer on User Acceptance Testing (UAT). The purpose of the UAT process is to confirm the accuracy of the product configuration. Customer is responsible for the development of UAT test cases. Customer subject matter experts will use the configured test system to test the product's ability to support their business processes. Based on feedback from the UAT process, CMC will maintain a listing of all issues with their priority and status and as required and deemed feasible, CMC and Customer will validate and research solutions to all reported issues.

Deliverables:

- Issue Tracking Tool
- User Acceptance Testing Results

Campus Management Corp.

### 3.4 Training and Go-Live

#### 3.4.1 Activity: Campus Management Products Training

CMC will conduct on-site instructor-led training sessions by product. Instructor(s) will provide training to the campus end user community on the specific areas of the software that encompass their job responsibilities.

CMC will provide Customer with standard training documentation. Customer is responsible for distribution of these training materials to the end user community. Customer is responsible for ensuring the necessary staff members are present during the training sessions. CMC will provide the training session's agenda and schedule. Any additional training requests will require a Change Order and may incur additional costs affecting project budget.

#### 3.4.2 Activity: Go-Live

CMC will provide on-site support during the CMC applications Go-Live weeks. CMC will provide hands on training, technical assistance, trouble-shooting and other pertinent application skills as required during the Go-Live weeks. Customer will be required to sign-off on the configuration, custom reports and migrated data prior to the Go-Live. As part of this on-site support, CMC will track events, action items, and open issues detailing the activities of the Go-Live week. This information will be collected and provided to Customer following the Go-Live support week.

### 3.5 Transition Support

CMC will provide on-site post-Go-Live support for the Campuses. CMC will provide hands on training, technical assistance, trouble-shooting and other pertinent application skills as required to complete transition of responsibilities from CMC to Customer.

### 3.6 General Assumptions

CMC's ability to deliver the services depends upon Customer's full and timely cooperation, dedication of skilled resources, as well as the accuracy and completeness of any information Customer provides. In the event of a failure of any of the foregoing, or if any assumptions herein change or are inaccurate, then the scope of services, duration and costs may change. In such instance, CMC shall notify Customer in writing as promptly as practicable (and CMC shall use commercially reasonable efforts to allow Customer up to five (5) days to review the notice, subject to any additional delays or costs it may cause to the project), and Customer and CMC will enter into a mutually acceptable Change Order.

- This SOW encompasses the entire scope of work to be provided, and the parties have not relied on any prior or contemporaneous communications, whether written or oral.
- This document does not include any custom development or enhancements to any of the solutions being delivered.
- This document does not include any custom reports to any of the solutions being delivered.
- This document does not include any integration services, other than the integrations included in the core Campus Management Products.
- This SOW does not include data migration into Campus Management Products and\or associated data validation efforts for any student data.
- If functional enhancements are identified between Customer's business requirements and the functional capability any of the Licensed Products, CMC will assist Customer in submitting requests for product enhancements. Enhancement requests are included in the product at CMC's discretion and are not included in this document. Enhancements may not address requests identified during requirements sessions.
- Customer acknowledges that changes in new releases to any of the Campus Management Products implemented within the scope of this Statement of Work may impact the functionality or operability of the solution. Services provided within this SOW do not cover functionality or operability that are impacted by the new release's changes.
- Customer will implement the current version of the Campus Management Products generally available for release at the time of the signing of this SOW. Upgrades of any Campus Management Products during the implementation timeline may impact the scope of services to be performed and could result in a Change Order.
- CMC assumes that the hours quoted in the SOW are an estimate only. This estimate may change based on the level of complexity and services required to assist customer. Changes to the estimated

level of work could result in a Change Order.
- The cancellation policy as defined in the Agreement shall prevail.
- Travel expenses are not included in this estimate. All required travel expenses for this project will be invoiced as incurred to Customer. CMC travelers will follow CMC's travel policy.
- Customer will be billed for work completed remotely and in transit.
- Customer will ensure that adequate internet access, facilities and equipment is provided for CMC personnel during on-site visits.
- Customer will assign business and technical teams to complete the required testing of the business processes, configuration, system workflow, data integrity, migration logic, product functionality, integrations, and training approach.
- CMC will provide template communications, planning tools, and documentation. Customer will manage its internal communications and information distribution processes to its campus locations.
- Customer will be required to sign-off at the completion of all major project deliverables and milestones to include: on-site visits, requirements, configuration, testing, training, custom interfaces and extracts, and migrated data prior to the Go-Live.
- Customer will be required to sign-off on the project implementation acceptance document at the conclusion of the project. Sign-off on the implementation acceptance document signifies conclusion of the project and closure of the SOW.
- At the completion of all major project deliverables and milestones, the CMC Project Manager will facilitate a meeting with Customer to review project plan, task coordination and prioritization, deliverable planning, resource allocation and scheduling, financial updates, risk analysis, and issue escalation to ensure project remains on-time and on-budget.
- All Deliverables require either sign-off or written feedback on presumed deficiencies within five (5) business days of date of delivery to Customer. CMC will provide a Sign-Off Form for specific Deliverables to the Customer Project Manager. In the event that CMC does not receive sign-off or written feedback on presumed deficiencies within five (5) business days from the date, the Deliverables are delivered to Customer, the parties mutually agree that such Deliverables shall be deemed accepted by Customer.
- Timely completion of the project requires that both parties meet agreed timelines for all deliverables and ensure timely decision-making and communication for all open issues that may impact the deliverables by any party.
- In the event the project schedule for the scope set forth herein changes, no additional fees will be due (i.e., for Project Manager and Project Sponsor), except to the extent such change in schedule or delay is caused by Customer.

### 3.6.1   Project Management
- CMC will provide a Project Manager at 25% for the length of the project.
- Customer will provide an Executive-level Project Sponsor and dedicated Project Manager. The Customer Project Manager will serve as the primary point of contact for all objectives and tasks related to this document. CMC will work directly with this Project Manager on all required task work; however, CMC retains the privilege to communicate with and escalate directly to Project Sponsor as required.
- Customer will establish a team of Subject Matter Experts ("SMEs") to serve as points of contact for all objectives and business processes related to this document. They will work through the CMC project manager to obtain specific detailed information. This team will be accessible for the project life cycle.
- Customer will identify IT resources, responsible for planning, handling network, connectivity, hardware, software and infrastructure, etc.
- Customer will identify a Database Developer(s), who will be the point person for any data management tasks on the project, and responsible for data scrubbing, and providing the data in the required formats. This resource(s) must be knowledgeable on database schema of Customer's database systems that are in scope for this project.
- Customer will identify a Web Developer, who will be the point person for any web development/configuration tasks on the project.
- Customer will identify a Trainer, who will be the point person for training activities on the task. A trainer may not be required if the training approach for this Project if the end user training is to be delivered by CMC.
- Customer Project Manager should ensure that all issues, concerns and feedback with regard to any Deliverables and tasks are communicated promptly to the CMC Project Manager.

Campus Management Corp.

- Both parties must ensure that resources assigned to the project have technical, business and process knowledge and are adequately trained for successful completion of the tasks assigned to them during the project.

### 3.6.2   Infrastructure Planning and Software Installation

- Infrastructure planning assumes only project planning and installation of Campus Management Products. The procurement and installation of the infrastructure, hardware, and third party software is not encompassed in the Agreement.
- This estimate includes initial installation of the latest versions of Campus Management Products.

### 3.6.3   Analysis and Assessment

- Customer will provide required subject matter and technical experts.
- In order to prepare for the BRR sessions, CMC will require access to reference material and documentation on Customer's operating model. Customer, to the best of its ability, will deliver the reference materials to CMC two weeks prior to the start of the BRR. Delay in receipt of these reference materials will delay commencement of the BRR sessions.
- Customer will sign-off on Business Requirements Document or Solutions Design Document prior to the start of System Configuration.

### 3.6.4   System Configuration

- CMC will lead the initial system configuration of all products with the involvement of Customer's system administrators and project team members. Customer will be trained to maintain the configuration during the Project life cycle.
- Customer is responsible for configuration management of all system and campus based configuration decisions and modifications. As business processes and objectives change over time and may require changes to the configuration, CMC recommends that Customer establish and follow a formal configuration change management process.
- Customer will provide formal acceptance of the applicable business process analysis decisions, configurations, and workflows prior to the deployment. Changes in process design, configuration, and workflow occurring after deployment will be managed by Customer's configuration change management process.
- CMC will train Customer's team to own and complete configuration tasks along with the CMC Project Team.
- CMC will assist in end to end review of the Configuration prior to User Acceptance Testing by Customer.
- Customer will be responsible for creating test scenario and test cases. Customer will monitor and collect test results.
- CMC will assist Customer with execution of user acceptance testing of the configuration of CampusNexus Student; however, Customer will have primary responsibility for completing testing. Customer will own the overall user acceptance testing of all deployed products, enhancements, and integrations; CMC will provide testing and technical support as requested.
- Development of all branding graphics will be completed by Customer.
- Customer will be required to sign-off on the configuration.

### 3.6.5   User Acceptance Testing

- CMC will provide Customer with either on-site or remote support to conduct User Acceptance Testing
- Customer will develop a list of test scenarios specific to their Financial Aid business processes before User Acceptance Testing.
- Customer will approve User Acceptance Testing results as scheduled before the start of Go-Live Configuration.
- Once system configuration is complete, the Test/Conversion environment cannot be refreshed or upgraded until after Go-Live.
- A CMC resource will assist with troubleshooting exceptions through the backend during the User Acceptance Testing and Go-Live Support tasks; however, Customer has responsibility for resolving the exceptions.
- It is required that Customer test all Financial Aid Automation functionality on the most recent release before Go-Live.

Campus Management Corp.

### 3.6.6   Training and Go Live

- A classroom environment will be provided for on-site training; this environment will include at a minimum:
    - An instructor workstation with projection device.
    - Dedicated workstation for each active participant.
    - A whiteboard or chalkboard that can be used by the instructor.
    - A location free of disruptions and commitments by other groups.
- CMC will make available to Customer the standard training materials.
- Customer assumes responsibility for the printing and distribution of copies of all standard training documentation. These materials will provide support on the use of the functionality and recommendations for incorporating into the Customer training manuals. Additional requests for consulting support specific to training materials will be considered out of scope and require a Change Order for services.
- Customer is responsible for any desired customizations to training materials. Customer assumes responsibility for updating manuals, guides, and/or QRCs for all modifications required. After delivery of training materials, updates to training manuals, as a result of application upgrades will be the responsibility of Customer.
- Customer is responsible for the pre-training and training logistics to include facilities, equipment, materials creation, and attendee confirmation and coordination.
- Customer Staff involved in on-site training is expected to schedule accordingly to allow dedicated time to the training that will be provided by the CMC Implementation Consultant.
- Customer will ensure that all trainees attend the training sessions and sign a roster indicating their attendance. Customer Staff involved in on-site training is expected to allow dedicated time to the training that will be provided by the CMC Implementation Consultant.
- CMC will work with Customer for the creation and delivery of training plans and schedules.

### 3.7   Project Plan

The exact timeframes for Service delivery will be dependent upon the availability of CMC and Customer resources. Typically, CMC requires 45 to 90 days advance notice for the resources to be scheduled, from the time this SOW is signed by Customer and returned to CMC. Customer and CMC will coordinate the actual start date. It is assumed that Services defined in this SOW will be delivered at a mutually agreed time after full execution of this SOW.

| Functional Area | Duration | Fixed Fees |
|---|---|---|
| CampusNexus Student Implementation | 120 Days | $158,000 |
| Less One-time Discount | | ($55,300) |
| Total Fixed Fees | | $102,700 |

| Functional Area | Hours | Estimated Fees |
|---|---|---|
| Portal with Forms Builder Implementation | 360 | $74,000 |
| CampusNexus CRM Implementation | 766 | $143,125 |
| Sub-Total | 1,126 | $217,125 |

Campus Management Corp.

| | | |
|---|---|---|
| Less One-time Discount | | ($86,850) |
| Total Estimated Fees | 1,126 | $130,275 |

Please refer to appendixes for the products specific assumptions:

- Appendix A: CampusNexus® Student Specific Assumptions
- Appendix B: Portal with Forms Builder Specific Assumptions
- Appendix C: CampusNexus® CRM Specific Assumptions

Customer understands that scope of the implementation and configuration is limited to only the Campus Management Product modules outlined in this document, even if Customer has purchased license for other Product modules from CMC.

### 3.8    Billing Method: Time & Materials (T&M) and Fixed Fee

The Estimated Fees and Fixed Fees, with discounts included, to complete the tasks outlined in this SOW are $232,975. Travel and Expenses are not included in the Estimated Fees and Fixed Fees and will be billed as incurred.

Estimated Fees.  As a condition to CMC's obligation to perform services, Customer shall pay a deposit (the "Deposit") of the Estimated Fees in the amount of $26,055 due January 1, 2017, via ACH.  The Deposit will be held and applied to the final invoices for fees and expenses.  The remaining Estimated Fees will be billed on a time and materials basis.

Fixed Fees.  Fixed Fees of the CampusNexus Student implementation is based on 120 days, beginning with project kickoff.  Any extension to that duration will require additional effort and a Change Order will be required.  The Fixed Fees are due and payable in four (4) equal monthly payments of $25,675 beginning on January 1, 2017, via ACH.

The actual T&M fees will not exceed the Estimated Fees by more than 10% without the prior approval of Customer. If additional time is required to perform the defined Services and if the required hours exceed 10% of the estimated hours, CMC shall promptly notify Customer of the additional time requirement prior to proceeding with such Services and such additional services will be documented via a written Change Order.

The pricing is conditioned on the Assumptions to the scope of services defined herein.  Customer shall pay CMC on a Time and Materials or Fixed Fee basis at the prevailing rates for any additional services rendered outside the defined scope of this SOW.  Current hourly rates are as follows:

| Resource Type | Standard T&M Rates per Hour |
|---|---|
| Project Managers | $225/hour |
| Solution Architects | $225/hour |
| Technical Resources | $225/hour |
| Implementation Consultants | $200/hour |
| Systems Engineers | $200/hour |

The terms and pricing in this SOW shall expire if not executed by Customer by November 30, 2016.

**IN WITNESS WHEREOF,** the parties hereto have caused this SOW to be executed by their duly authorized representatives as of dates set forth below.

CALIFORNIA INSTITUTE OF ARTS AND
TECHNOLOGY, INC.

By:

Print: Jamie Doyle

Title: Pres

Date: 11/1/18

CAMPUS MANAGEMENT CORP.

By:

Print: Anders Nessen

Title: CFO

Date: 11/1/2016

## Appendix A – CampusNexus® Student Specific Assumptions

### I.   General Assumptions

1.   This pricing model includes the implementation of the entire Financial Aid module using standard processes. Automated Processing features that automate manual daily Financial Aid and Student Accounts processes will not be implemented as part of the scope of this contract. If Customer elects to implement the Automated Processing features at a later time, a separate Change Order or Statement of Work will be required.

2.   This estimate assumes all activities for all campus locations will take place at a central location to include but not be limited to Business Requirements Review, System Configuration, User Acceptance Testing, System Walk-Through, End User Training, Go Live Support, and Transition Support.

3.   CMC assumes Customer has an active student population of 300 student records.

4.   This estimate is for one (1) rollout for one (1) campus location. A pilot deployment is not required as part of this project plan approach.

### II.   Business Requirements

1.   The objectives of the business requirements sessions include:
     a.   Define business requirements
     b.   Identify changes in business processes
     c.   Confirm reporting requirements

2.   The key activities to take place during the business requirements sessions include:
     a.   Discuss current and future business processes
     b.   Confirm reporting, regulatory and compliance needs
     c.   Leverage CMC experience and best practice

3.   Additional requests related to business requirements involving customer development, integrations, or custom reports will require modifications to the scope and level of effort of the implementation and will require a Change Order.

### III.   System Configuration

1.   The objectives of system configuration include:
     a.   Train Customer on functionality and configuration
     b.   Identify and train system administrator

2.   The key activities to take place during system configuration include:
     a.   Setup and configuration of Campus Management Products
     b.   Configuration guidance to help make business decisions
     c.   Establish configuration change management

3.   The scope of system configuration services does not include custom development, integrations, or custom reports. Any services related to custom development, integrations, or custom reports will require a Change Order.

Campus Management Corp.

## IV. Data Migration

1. Migration via manual data entry of the primary data source is included in scope of this SOW. If migration from another source system is requested, a Change Order will be required.

2. The term "Go-Live" denotes the process of enabling a campus to access its migrated campus data and complete the requisite business processes via the product maintained in the Production environment. Go-Live week is considered to be the first calendar week that a school employs the product to complete its daily processing.

3. Data "clean-up" scripts to existing Customer data are not included in this estimate. Customer is responsible for the "health" and "complexity" of the legacy source system data. Any service requests from Customer to CMC related to data cleanup will require a Change Order.

4. Additional requests related to data migration will require modifications to the scope and level of effort of the implementation and will require a Change Order.

## V. Data Validation

1. CMC will provide training to Customer on the data validation. The purpose of the data validation process is to confirm and improve the integrity and accuracy of the entered data. Validation issues may arise from data entry. CMC will provide data validation plans and procedures to Customer. As required and deemed feasible, CMC will validate and research solutions to all reported issues which may be conversion logic related. Throughout the data entry / data import process, CMC will also provide support during the data validation process. Customer is responsible for the validation of the entered data and provision of documented approval of all entered data. Based on feedback from the validation process, Customer will maintain a listing of all issues with their priority and status and as required and deemed feasible; Customer will validate and research solutions to all reported issues.

2. CMC will train Customer on how to complete and manage the data validation process.

3. Customer will be responsible for creating test scenario and test cases. Customer will monitor and collect test results.

4. Customer will have primary responsibility for conducting and completing the validation of the imported data.

5. CMC will assist Customer with data validation; however, Customer will have primary responsibility for conducting and completing this task.

6. Customer will test all data and functionality (SAP, registration billing, revenue, enrolling students, etc.).

7. Additional requests related to data validation will require modifications to the scope and level of effort of the implementation and will require a Change Order.

## VI. User Acceptance Testing/System Walkthrough

1. Customer will be responsible for creating test scenario and test cases. Customer will monitor and collect test results.

2. CMC will assist Customer with execution of user acceptance testing of the configuration of CampusNexus Student; however, Customer will have primary responsibility for completing testing. Customer will own the overall user acceptance testing of all deployed products, enhancements, and integrations; CMC will provide testing and technical support as requested.

3. CMC will assist Customer with an end-to-end system walkthrough to confirm that system configuration will support the execution of business process and workflow.

4.   Additional requests related to user acceptance testing will require modifications to the scope and level of effort of the implementation and will require a Change Order.

## VII. End User Training

1.   CMC will assist Customer in the implementation of a training strategy.

2.   CMC will assist Customer to confirm knowledge of the entire Customer team by job function.

3.   Additional requests related to end user training will require modifications to the scope and level of effort of the implementation and will require a Change Order.

## VIII. Go Live and Transition Support

1.   Go Live and Transition Support includes hands on training, technical assistance, troubleshooting and other pertinent application skills as required to complete transition of responsibilities from CMC to Customer.



Campus Management Corp.

## Appendix B – Portal with Forms Builder Specific Assumptions

## Scope

1. All activities will take place at a central location to include but not be limited to Business Requirements Review, System Configuration, Training, and Go Live Support.

2. Setup and configuration for Portal and Forms Builder will be led by CMC with the involvement of Customer's data analysts, system administrators and project team members. Changes in process design, configuration, and workflow occurring after deployment will be managed by Customer's change management system.

3. Portal and Forms Builder configuration will be limited to one (1) CampusNexus® Student instance and may include up to one (1) brand per configuration.

4. CMC will implement Portal and Forms Builder. The scope of the implementation will encompass the following constituents and functionality:

   a. Overview of Portal Branding and design
   b. Review of student lifecycle process definition
   c. General functionality used by all departments
   d. Prospect/Inquiry
   e. Prospective Student/Applicant/Processing
   f. Onboarding forms and specialized process design
   g. Student Portal
      i. Financial Aid
      ii. Student Accounts
      iii. Academics
      iv. Career Services
   h. Faculty/Staff Portal
      i. Classes
      ii. Grades
      iii. Attendance
   i. Employer Portal
      i. Register
      ii. Job Listings
      iii. Candidate Searches

5. CMC will assist Customer with validation of the configuration of Portal and Forms Builder; however, Customer will have primary responsibility for completing this task.

6. A pilot deployment is not required as part of this project plan approach.

7. CMC will provide standardized training materials for use in the conducting of all classroom based training. Customized teaching models, curriculum development, and assessment methods are not included in this project plan estimate.

8. The estimate includes a Portal and Forms Builder overview session to stakeholders in a central location to provide a summary of the features offered in the applicant, student, employer, and faculty portals.

## Assumptions

1. Customer should have on staff SharePoint knowledge to assist with the implementation and maintenance of the enhanced portal.

2. Development of all branding graphics will be completed by Customer.

3. Customer will identify a Web Developer, who will be the point person for any web development/configuration tasks on the project.

Campus Management Corp.

## Appendix C – CampusNexus CRM Specific Assumptions

Definition of scope of Services for the implementation of the CampusNexus CRM. The scope for each item below is intended to assist Customer with the configuration and general knowledge transfer related to each of the licensed modules. CMC will provide assistance during the Project for all activities identified below and guidance for Customer for Customer-owned activities.

1. **Scope of CampusNexus CRM Implementation:**

   - Requirements for one department
   - Configuration for one department
   - Deployment, including Connector for one department
   - Training for one department
   - Go-live Support for one department
   - All onsite implementation activities will take place in a single, central location

2. **Scope of Business Requirements Analysis:**

   - CMC will require Customer to fill out a Business Requirements Questionnaire (BRQ) before onsite discussions.
   - It is assumed that Customer wants to consolidate, streamline and unify its business processes. With this assumption, CMC will perform the onsite discussions for one (1) week.
   - CMC will deliver documented business requirements via a Business Requirements Document.
   - All onsite implementation activities will take place in a single, central location.

3. **Installation of the CampusNexus CRM server Software:**

   a. Includes installation, setup, and configuration of server Software (which includes required databases, services and web components), in one (1) test environment and one (1) production environment hosted by CampusNet, with the limitations as described within the SOW.

   b. The following modules will be installed as part of the Services under this SOW organized into more than one phase:

   | Modules Configured | Modules Not Configured |
   |---|---|
   | • CampusNexus CRM for Higher Education – Email, Manual Phone Logging, Analytics<br>• CampusNexus CRM Campaigns with Print Letters<br>• Data Import Utility<br>• CampusNexus CRM SMS Gateway Integration (Vendor = Clickatell only)<br>• CampusNexus CRM Chat – Reactive Chat<br>• CampusNexus CRM – CampusNexus Student Connector | • CampusNexus CRM Application Management<br>• CampusNexus CRM Payment Gateway Integration<br>• CampusNexus CRM Portal<br>• CampusNexus CRM Event Management<br>• CampusNexus CRM Phone Integration (CTI) |

4. **Scope of Analysis and Assessment:**

   a. CMC will facilitate CRM solutions review session with Customer's stakeholders. The goal of these sessions will be to educate Customer on what CampusNexus CRM solution includes and what configuration choices are available, and also gather any requirements or modifications that Customer would require in their CampusNexus CRM solution. These sessions will be conducted on-site at one (1) Customer location. Following the sessions, CMC will analyze the compiled information and consult with Customer on "Best Practices" to be used via a template Solution Design Document. The outcome of this Activity will provide the baseline for the configuration of the Campus Management Products and define the scope of the business processes and functionality agreed upon by Customer

Campus Management Corp.

and CMC.

   b. Deliverables: Solution Design Document
   c. Integration/Customization Analysis:
      i. No integration or customization items included in this SOW except for SMS Integration with Customer's Clickatell SMS gateway system.

**5. Scope of Data Import Implementation:**

   a. CMC will provide pre-defined import workbook at least four (4) weeks prior to Project Initiation.
   b. Customer will be required to provide data extracts (source files) to CMC in the pre-specified required file format.
   c. This scope of this SOW does not include developing scripts or execution of extracting, formatting scrubbing, de-duping data from Customer's Student Information System.
   d. CMC is responsible to carry out one-time batch data migration from CampusNexus Student to CampusNexus CRM which includes execution of preconfigured data migration process limited to extract all active student records. Migration of CampusNexus Student Activity data records are outside the scope of this engagement.
   e. CMC will perform configuration of up to two (2) data imports.
   f. CMC will train Customer on CampusNexus CRM import utility.

**6. Scope of CampusNexus Student Data Integration:**

   a. CMC will enable connector to integrate CampusNexus Student and CampusNexus CRM
   b. CMC will configure lead stage and status mappings for connector
   c. CMC will map SIS Users with CampusNexus CRM users based on matching email. CMC will train Customer to do mappings from business administrator.
   d. CMC will configure business rules for lead promotion from CRM to CampusNexus Student.
   e. CMC will configure custom duplicate check criteria in CRM and CampusNexus Student.
   f. CMC will configure up to five (5) school defined fields for integration.
   g. CMC will train Customer on connector configuration and troubleshooting.

**7. Scope of SMS Integration:**

   a. CMC will provide assistance to setup SMS integration with Customer's third party SMS Gateway vendor (Clickatell).
   b. Customer is responsible for having necessary commercial arrangements directly with Clickatell (Customer's third party SMS Gateway vendor), in order for CMC to deliver this integration with the CampusNexus CRM system.
   c. CMC will provide assistance to configure (up to 3) SMS Campaign.
   d. CMC will provide training on SMS module and related configurations using Train the Trainer approach.
   e. CMC is responsible to provide consultation, configuration assistance and best practices.
   f. Scope includes SMS integration with Clickatell and out of box product offerings only.
   g. Customer is responsible to provide pre-requisites required for SMS Integrations
      i. CRM SMS License
      ii. SMS Gateway Provider
      iii. Public IP or FQDN that can be accessed by SMS Providers
      iv. Short code, Shared Short Code or Long code
      v. Login credentials, API ID from vendor.
      vi. URL from SMS Provider to post SMS messages from CRM.

Campus Management Corp.

### 8. Training Project Objectives

To provide Training to Customer's participants in order to get them familiar with the commercially available release of the CampusNexus CRM Software, that is identified for the implementation. This Training will provide a thorough overview of the features of the Software as defined below.

- All training, unless specified otherwise, will be conducted using CMC's standard training process and delivered in Customer's Training Environment.
- Training approach to be used to deliver the training courses is Train-the-trainer sessions.

### 9. Staffing and Location

CMC will provide one CMC instructor necessary to provide the Training course hereunder.
All training sessions will take place at a combination of remote (Internet) and phone and on-site at Customer's location.

### 10. Assumptions and Additional Requirements

a. Customer is responsible for ensuring that all trainees can attend the training at the scheduled times.
b. These estimates are based on a maximum of five (5) attendees per training session.

### 11. Target Date

The training sessions hereunder will be delivered at a mutually agreed to time after full execution of this SOW.

### 12. Training, Courses, Fees, and Payment

This section describes the Software Training courses to be delivered to Customer for this CRM Implementation.

| Standard Training Courses |
|---|
| Training Services: |
| <ul><li>Up to five (5) Customer trainers per session focused training sessions</li><li>Train-the-trainer training courses<ul><li>CampusNexus CRM Fundamentals Training</li><li>CampusNexus CRM Campaign and Print Letters</li><li>CampusNexus CRM SMS</li><li>Connector Monitoring and Best Practices</li><li>CampusNexus CRM Import/Export Training</li></ul></li><li>Training Planning and Coordination</li></ul> |



CHANGE ORDER #1
To SOW #245768J dated
11/01/2016

# California Institute of Arts and Technology, Inc.

Campus Management Corp.

5201 Congress Avenue
Boca Raton, FL 33487

800.433.9106

Proprietary and Confidential

California Institute of Arts and Technology - Demographic Data Import

Campus Management Corp.

1. EFFECTIVE DATE OF THE STATEMENT OF WORK ("SOW"): 11/01/2016

2. CHANGE DATA:

   a. Title of Change: Demographic Data Import Services

   b. Effective Date of Change: 2/16/2017

   c. Change Type: Effort and Cost Modification

   d. Change Reason:

      * Customer wishes to have CMC Professional Services Department provide services to import demographic student data to diminish effort required for Data Entry for Ccustomers's CampusNexus Student implementation project. This effort was not previously included within the project scope.

   e. Change Details:

      (1) Assumptions

      * Once Customer executes this Change Order, any further modifications will require a new Change Order.

        Note: Changes to any of these assumptions may increase or decrease the resources required. This may result in a change in scope and adjustment to total project cost and/or duration.

      (2) Services to be Performed

      * Data Service Consultant will import demographic student data provided by Customer into CMC-hosted TEST environment, followed by an import into the PRODUCTION environment, once data validation has been satisfactorily completed.

3. FEES, BILLING AND PAYMENT SCHEDULE:

   a. Impact on fees, if any: Yes

      The Estimated Fees to complete the additional effort in this Change Order are $4,275.00. CMC will bill Customer for the additional effort on a Time and Materials (T&M) basis. The actual cost for this work product will not exceed the Estimated Change Order Total presented below more than 15% without the prior approval of Customer.

| Resource Type | Hours | Rate | Amount |
|---|---|---|---|
| Project Manager | 3 | $225 | $675.00 |
| Data Services Consultant | 18 | $200 | $3,600.00 |
| TOTAL CHANGE ORDER FEES | 21 | | $4,275.00 |

   b. Modified schedule of payments for the Change: Fees are payable as incurred

   c. Contractual issues: This Change Order amends the SOW referenced herein.

4.  ADDITIONAL TERMS & CONDITIONS AND/OR OTHER COMMENTS:

All capitalized terms listed herein shall have the meaning set forth in the Agreement and relevant SOW previously entered into between the parties.

Except as amended herein, all terms and conditions of the Agreement and the SOW between the parties remain unchanged and in full force and effect.

Agreed and Accepted By:

| CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY, INC. | | CAMPUS MANAGEMENT CORP. | |
|---|---|---|---|
| By: | _Jamie Doyle_ | By: | _(signature)_ |
| Print: | JAMIE DOYLE | Print: | Anders Nessen |
| Title: | PRESIDENT | Title: | CFO |
| Date: | 2-17-17 | Date: | 02/21/2017 |



| CHANGE ORDER #2 |
| To SOW #2457680 dated |
| 11/01/2C16 |

# California Institute of Arts and Technology, Inc.

Campus Management Corp.

5201 Congress Avenue
Boca Raton, FL 33487

800.433.9106

1710-CALINSTART-8-0962
ES

Proprietary and Confidential

California Institute of Arts and Technology – Second Campus Config and Imports        Campus Management Corp.

1. **EFFECTIVE DATE OF THE STATEMENT OF WORK ("SOW"):** 11/01/2016

2. **CHANGE DATA:**

   a. **Title of Change:** Additional Campus Configuration and Imports

   b. **Effective Date of Change:** 4/10/2017

   c. **Change Type:** Effort and Cost Modification

   d. **Change Reason:**

      - Customer wishes to have CMC Professional Services Department provide services for the following areas of effort which were not previously included in the scope of the project:

        o  Configuration and testing support for CampusNexus Student, CampusNexus Portal and CampusNexus CRM related to the addition of a second campus (National City)

        o  Technical services related to the "Copy Campus Configuration" scripts for CampusNexus Student

        o  One time import of High School and College Lists

   e. **Change Details:**

      (1) **Assumptions**

      - For the copy campus configuration scripts,  CMC will provide technical services hours to Customer specific to the scripts for CampusNexus Student.
        a. The copy campus configuration scripts are specific to CampusNexus Student and are not meant for use in relation to any other Campus Management Product(s).
        b. CMC will support a single deployment execution of the copy campus configuration scripts for the single additional campus, copying configuration from the Mission Valley campus to the National City campus

      - Once Customer executes this Change Order, any further modifications will require a new Change Order.

      Note: Changes to any of these assumptions may increase or decrease the resources required.  This may result in a change in scope and adjustment to total project cost and/or duration.

      (2) **Services to be Performed**

      - CMC Professional Services will perform the following services:

        o  Run the copy campus configuration scripts for Customer's newly added second campus (National City)

        o  Conduct a one time import of High School and College Lists

        o  Complete configuration and testing required for the newly added campus for CampusNexus Student, CampusNexus Portal and CampusNexus CRM

California Institute of Arts and Technology - Demographic Data Import          Campus Management Corp.

3. **FEES, BILLING AND PAYMENT SCHEDULE:**

   a. **Impact on fees, if any: Yes**

   The Estimated Fees to complete the additional effort in this Change Order, including discounts, are $18,645.00. CMC will bill Customer for the additional effort on a Time and Materials (T&M) basis. The actual cost for this work product will not exceed the Estimated Change Order Total presented below more than 15% without the prior approval of Customer.

| Resource Type | Hours | Discounted Rate/Hour | Amount |
|---|---|---|---|
| Copy Campus Configuration Scripts | 4 | $165 | $      660.00 |
| Import College and High School Lists | 8 | $165 | $   1,320.00 |
| CampusNexus Student Configuration | 20 | $165 | $   3,300.00 |
| CampusNexus Portal Configuration | 12 | $165 | $   1,980.00 |
| CampusNexus CRM Configuration | 50 | $165 | $   8,250.00 |
| Project Management Hours | 19 | $165 | $   3,135.00 |
| TOTAL CHANGE ORDER   FEES | 113 | | $18,645.00 |

   b. **Modified schedule of payments for the Change:** Fees are payable as incurred

   c. **Contractual issues:** This Change Order amends the SOW referenced herein.

4. **ADDITIONAL TERMS & CONDITIONS AND/OR OTHER COMMENTS:**

   All capitalized terms listed herein shall have the meaning set forth in the Agreement and relevant SOW previously entered into between the parties.

   Except as amended herein, all terms and conditions of the Agreement and the SOW between the parties remain unchanged and in full force and effect.

Agreed and Accepted By:

**CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY, INC.**

By: _Jamie Doyle_

Print: _Jamie Doyle_

Title: _President_

Date: _4-13-17_

**CAMPUS MANAGEMENT CORP.**

By: _____

Print: Anders Nessen

Title: CFO

Date: 04/14/2017

# WEB SERVICES INTEGRATION SOLUTION AND API SUBSCRIPTION

This Web Services Integration Solution and API Subscription ("Subscription"), along with the Exhibits attached hereto, is entered into by and between **Campus Management Corp.** ("CMC") and **California Institute of Arts and Technology, Inc.** ("Customer") as of the 1st day of December, 2016 ("Effective Date").

**1. Terms; Definitions**. This Subscription governs the use of the Integration Solution and APIs by Customer. This Subscription, along with any applicable Exhibits and Addenda, are attached and made part of the agreements previously entered into between the parties, including any applicable attachments thereto pertaining to the software license, services, or CampusCare support and maintenance ("CampusCare") (the foregoing collectively, the "CMC-Customer Agreements"). The terms and conditions of the CMC-Customer Agreements apply to this Subscription, except that Customer acknowledges that the license term of the APIs licensed herein is subject to this Subscription and is not a perpetual license, except to the extent Customer has licensed the API separately. In the event of any conflict of terms between this Subscription and the CMC-Customer Agreements, this Subscription shall control. All capitalized terms not defined herein shall have the meaning ascribed to them in the CMC-Customer Agreements.

**2. Subscription.**

2.1 <u>License</u>.

(a) <u>License Grant</u>. During the Subscription Term (as set forth in Section 5.1 below), CMC hereby grants to Customer a license to use the APIs subject to the applicable scope of license, integration solutions, and terms set forth in the Exhibit A attached hereto.

(b) <u>Audit and Use</u>. CMC may audit Customer's use of the APIs. If CMC determines Customer's use of the APIs is outside the scope of the Subscription, CMC may disable the APIs and Customer shall promptly pay a fee in the amount equal to the then-current list price of the APIs for Customer's then-current licensed Record Count for the Licensed Program under the CMC-Customer Agreements. Upon CMC's request, Customer shall provide CMC with written certification signed by an officer of Customer that it is using the APIs within the scope of this Subscription, or upon termination, that all copies of the APIs have been returned or destroyed and that Customer has retained no copies.

2.2 <u>Maintenance and Support</u>.

(a) <u>Maintenance and Support</u>. CMC shall support and maintain the APIs in accordance with the CampusCare Agreement or Schedule or SaaS Agreement, and CampusCare Standard support. CMC shall maintain the integration in accordance with Exhibit B. CMC has no obligation to support any environment that has not been validated by CMC or that has been deployed by Customer independent of CMC professional services.

(b) <u>Customer Modifications</u>. Customer acknowledges that it is solely responsible for maintaining and supporting all integrations created by Customer, custom solutions, and Customer's modifications of CMC-provided integrations ("Customer Modifications"), if any, and CMC will not provide support or maintenance of the code or of any Customer Modifications except as may be mutually agreed from time-to-time and paid for by Customer. Any support requests submitted to CMC by Customer discovered to be caused by Customer Modifications shall be billed to Customer on a T&M basis commencing from Customer's initial request, and Customer shall promptly pay such support charges. Support of Customer Modifications is excluded from CampusCare maintenance, SaaS services, and maintenance of the integration set forth in Exhibit B.

2.3 <u>Professional Services</u>. Implementation and configuration of, and training on, the APIs are included pursuant to the attached Exhibit C. If Customer implements an API and desires to switch to a different third party integration for the same API, additional service fees may apply.

**3. Fees and Payment.**

3.1 <u>Fees and Payment</u>. The pricing for the Subscription is set forth in Exhibit A hereto. CMC will bill Customer, and Customer shall pay CMC in full monthly (or as otherwise stated in Exhibit A), in advance via ACH funds to CMC's designated account. The initial monthly payment shall be submitted with a copy of the executed Subscription. If Customer falls into arrears on payments, CMC may require Customer to maintain a deposit as a condition to CMC continuing to provide any services under the Subscription. Customer and CMC may agree to increase the agreed upon Record Count, subject to payment of then applicable fees.

3.2 <u>Restrictions on Price Increases</u>. CMC reserves the right to change the annual pricing upon renewal of the Subscription by up to three percent (3%) over the percentage increase of the U.S. Department of Labor Consumer Price Index for Urban Wage Earners and Clerical Workers, all Cities, per annum, calculated on an average annual basis over the applicable term.

**4. Notice of Rights.**

4.1 <u>Reservation of Rights</u>. Customer acknowledges that the Subscription, including, without limitation, all related technology, software, source code, object code, scripts, APIs, hardware, products, processes, algorithms, user interfaces, application interfaces, know-how and other trade secrets, techniques, designs, inventions and other tangible or intangible technical material or information, in any form and media, are Intellectual Property rights exclusively owned by CMC or its affiliates, or licensed from CMC's licensor(s)

4.2 <u>Limitation of Liability</u>. IN NO EVENT SHALL A PARTY'S OR ITS AFFILIATES' OR LICENSOR'S AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS SUBSCRIPTION, WHETHER IN CONTRACT, TORT OR UNDER ANY OTHER THEORY OF LIABILITY, EXCEED THE AMOUNTS PAID BY CUSTOMER HEREUNDER WITHIN THE PRIOR TWELVE MONTHS, EXCEPT FOR DAMAGES CAUSED BY WILLFUL MISCONDUCT OR GROSS NEGLIGENCE.

**5. Term & Termination.**

5.1 <u>Term</u>. The Subscription commences on the Commencement Date and continues in the manner set forth in Exhibit A (the "Subscription Term").

5.2 <u>Termination for Cause</u>. A party may terminate this Subscription for cause: (i) upon 30 days written notice of a material breach to the other party if such breach remains uncured at the expiration of such period; or (ii) if the other party becomes the subject of a petition in bankruptcy or any other proceeding relating to insolvency, receivership, liquidation or assignment for the benefit of creditors. Termination shall not relieve Customer of the obligation to pay any fees properly accrued or payable to CMC prior to the effective date of termination.

5.3 <u>Effects of Termination</u>. Upon termination of the Subscription, Customer's right to use and possess the APIs and Deliverables shall immediately cease, become void, lapse and be of no further force and effect. Customer shall promptly return all copies to CMC.

1705·CALINSTART. 11·0403

AGREED AND ACCEPTED by the undersigned duly authorized
representatives of the parties as of the Effective Date.

CALIFORNIA INSTITUTE OF ARTS AND
TECHNOLOGY, INC.

By: _____

Print: _____J A M I E    D o y l e_____

Title: _____P V P S_____

Date: _____7 \ 1 \ 1 \ 6_____


CAMPUS MANAGEMENT CORP.

By: _____

Print: _____A n d e r s   N e s s e n_____

Title: _____C F O_____

Date: _____1 1 \ 1 \ 2 0 1 6_____

## EXHIBIT A

## SUBSCRIPTION TERMS AND FEES

**TERM:**

The initial Subscription Term is for three (3) years, commencing on <u>December 1, 2016</u> ("Commencement Date").  The Subscription Term shall automatically renew annually, unless either party provides at least thirty (30) days prior written notice of cancellation.

**EARLY TERMINATION FEE:**

If Customer terminates this Subscription for convenience by providing written notice to CMC in accordance with the CMC-Customer Agreements (or if CMC terminates this Subscription for a breach by Customer in accordance with the CMC-Customer Agreements) at any time during the Subscription Term, then CMC shall retain all payments and Customer shall promptly pay to CMC the greater of the amount of six months of payments due hereunder or all amounts due hereunder for the remainder of the Subscription Term.

**SUBSCRIPTION SCOPE:**

 <u>INTEGRATION SOLUTIONS:</u>

  1. Learning Management supporting Canvas

 <u>WEB SERVICES APIs:</u>

  1. eLearning

 <u>RECORD COUNT:</u>

 **Maximum Record Count:** _____ 350 ASRs _____

 Additional ASRs may be added at then-current rates.

**NETWORK DEPLOYMENT FEES:**

| INTEGRATION SOLUTIONS AND APIS | NETWORK DEPLOYMENT FEES |
|---|---|
| Learning Management supporting Canvas - eLearning API | $15,000.00 |
| TOTAL NETWORK DEPLOYMENT FEES | $15,000.00 |

**MONTHLY SUBSCRIPTION FEES:**

| INTEGRATION SOLUTIONS AND APIS | MONTHLY FEES |
|---|---|
| Learning Management supporting Canvas - eLearning API | $400.00 |
| TOTAL MONTHLY FEES | $400.00 |

**PAYMENT TERMS:**

The Network Deployment Fees are due and payable January 1, 2017. The Monthly Subscription Fees are payable on the first day of each month during the Subscription Term starting on the Commencement Date and in accordance with Section 3.1.

**ADDITIONAL INTEGRATION SOLUTIONS:**

Customer may add additional integration solutions to this Subscription Term, provided Customer shall pay a minimum of one year of fees for each additional integration solution.

**OFFER EXPIRATION:**

The pricing and terms in this Agreement shall expire if not executed by Customer by November 30, 2016.

EXHIBIT B

STATEMENT OF WORK NO. PSISVC-102416

PROFESSIONAL SERVICES SUPPORT CONTRACT

## I. Engagement Scope:

Customer wishes to contract with CMC to perform support and maintenance services (the "Support Services") described herein with respect to the Packages resulting from the services described in this Subscription.

## II. Assumptions:

CMC's ability to deliver the services depends upon Customer's full and timely cooperation, dedication of skilled resources, as well as the accuracy and completeness of any information Customer provides. In the event of a failure of any of the foregoing, or if any assumptions herein change or are inaccurate, then the scope of services, duration and costs may change.

- Customer acknowledges that changes to Licensed Programs may impact the functionality or operability of the Packages, and accordingly Customer desires CMC to perform the Services described in Section III below.

- Customer shall promptly pay, indemnify and hold CMC harmless from all sales, use, gross receipts, GST, value-added, personal property or other tax or levy (including interest and penalties) imposed on the Services and deliverables provided, other than taxes on the net income or profits of CMC. All prices quoted are net of taxes.

- Customer end-users will report issues with the Packages through the Customer escalation support process, which will escalate to CMC's support team.

- Customer can request that CMC recertify the Packages against a new release of the Licensed Programs. The recertification process confirms that the Packages continue to function in all material respects as originally scoped and delivered.

- Any time spent and expenses incurred by CMC in connection with resolving problems not directly caused by the Packages will be billed and paid at CMC's then current rates and are expressly excluded from the Fixed Fee pricing.

- Customer must provide four (4) weeks advanced notice of its intent to take a new Release of the Licensed Program in order for CMC to recertify and release the Packages within the same release of the Licensed Program.

- Re-certifications requested after the four (4) weeks prior to the release of the Licensed Program will take approximately ten (10) days after the official release of the Licensed Program for CMC to provide recertification.

- Defects that are introduced from the new feature release of the Licensed Program impacting the Packages may extend the recertification process.

- New enhancements or requirements required in the Packages not documented in the SRS will follow the Change Order process and be billed on an agreed-to cost. These costs are not covered within this Appendix A.

- Any defects reported within a Subscription Term will be resolved regardless of whether the Subscription Term is renewed. The Support Services provided under this SOW are separate and distinct from services related to any CampusCare Agreement in effect between the parties, and nothing herein shall require CMC to support or maintain the Licensed Program nor shall any CampusCare Agreement require CMC to support or maintain the Packages.

- For clarification, this SOW solely covers support and maintenance of the Packages, and any enhancements or modifications must be covered by a separate SOW, with separate terms and pricing, entered into between the parties.

- Customer Responsibilities:

    o Customer is responsible for maintaining the hardware on which the application services run.

    o Customer will maintain any mapping data required for the solutions to operate.

    o Customer will be responsible for ensuring that all dependent third party applications/ vendor software are up and running.

    o Customer will be responsible for troubleshooting any custom code written by Customer.

    o Customer will be responsible for notifying CMC of any changes to non-CMC applications and the infrastructure environment maintained by Customer that may or will impact the Custom Integrations prior to implementing the changes.

    o Customer is responsible for all User Acceptance Testing ("UAT") and Integration Testing for defect resolutions and re-certified Packages.

    o Re-certified Packages delivered to Customer for UAT, but not moved into the production environment, will count as an official re-certification and billed according to the fee schedule.

- CMC Responsibilities:

    o CMC will be responsible for performing any necessary maintenance to ensure that the Services are up and running when the Operating System and hardware are functioning.

    o CMC will support two (2) instances, or installs of each Package; Customer will be responsible for designating the two (2) instances upon execution of this Subscription.

    o CMC will not be responsible for outages and transaction failures due to outright hardware failure, unless the failure is due to incorrect or improper specifications.

    o CMC will not be responsible for outages when Customer performs maintenance on the operating system, hardware, or network which prevents CMC from accessing the requisite systems.

    o CMC will ensure that Customer has the proper deployment and operation guides for the Packages and will continue to maintain them for any changes within Subscription Term.

III. **Services to be Performed:**

1. The Support Services are:

    a. Perform the recertification process (i.e., pre-upgrade release compatibility testing and recertification of the Packages) during the Subscription Term.

        i. The existing notification process for Customer to request new versions of the Licensed Software will be modified as necessary and used as the official notification for a request for a recertification of the Packages.

        ii. Customer must notify CMC in writing of its intention to upgrade to a new major release four (4) weeks in advance in order to allow proper testing and any compatibility changes to be made in the requisite timeframe and provide adequate time for scheduling.

        iii. When four (4) weeks advance written notice is not possible (e.g., due to a minor release), then CMC and Customer will agree upon an acceptable day to begin the recertification process.

        iv. The testing and recertification process will take approximately ten (10) business days from the day of the official new feature release or agreed upon start date.

b.  Provide telephone support to Customer's named corporate users during the hours of 8:00 a.m. to 8:00 p.m. ET ("Normal Hours").  Support requests required outside of Normal Hours may be completed based on resource availability and will be billed separately from this Subscription.

c.  Customer will benefit from escalated assignment of resources during the term of this Subscription.  Resources will be reassigned to assist with any issues, analysis, support questions, defect resolution or recertification needs.

d.  CMC will maintain a virtual environment that mimics Customer's CMC solutions, which will allow for quicker response if support issues are raised.

e.  CMC is responsible for the resolution of any defects that are discovered in the Packages that are supported by the Configuration specification document.

Customer shall continue to use the defined Support Process for the reporting of defects to CMC.



EXHIBIT C

PACKAGED INTEGRATION IMPLEMENTATION

LEARNING MANAGEMENT SUPPORTING CANVAS

## I. Services to be Performed and Deliverables:

Customer wishes to purchase a packaged integrated solution to transmit student/course information between Instructure and CampusNexus® Student. CMC's Professional Services Solutions Group offers a packaged solution called CampusLink℠ Learning Management supporting Canvas (the "Package") that leverages the licensed CampusLink℠ eLearning Web Service to process and transmit the information.

The Package is a solution between Customer's learning management system ("LMS") and CampusNexus Student. The Package supports the following features:

1. Out Bounds: The data will be extracted from CampusNexus Student in the delta mode and will be transferred to Instructure via API's provided by Instructure (near to real time).

   - Users creation
     - Student
     - Faculty
   - Term course schedule (e.g., course sections)
   - Student course enrollments (e.g., registrations)
   - Instructor assignments
   - Enroll students in Orientation course

2. In Bounds: The data will be imported in CampusNexus. This will be a FILE based solution. Instructure will be generating the files as expected by the CMC (CSV file - simple extraction)

   - Participation/Attendance
   - Final Grades

The Package includes up to 120 hours of professional services delivered by CMC's Professional Services Solution Group ("Service Hours") to assist Customer the first time it configures and deploys the Package into production. Any subsequent campus rollout into production will require additional hours that are not part of the Package. CMC support for subsequent configurations and deployments of the Package into production will be covered under a separate SOW or Change Order.

The following tasks will be delivered within the scope of the Service Hours:

### Task 1: Project Management
CMC will provide project management support for the entire Package implementation process. Project management will encompass project plan development and maintenance, task coordination and resource scheduling, budget tracking and financial updates, risk analysis, issue escalation, and regular project status updates.

### Task 2: Software Installation
CMC will review the Package Installation Guide with Customer and assist Customer with the installation of the Package in the UAT and Production CampusNexus environments.

### Task 3: Package Configuration/Documentation Review
CMC will conduct a review of the Package documentation with Customer. This review will address what the Package components are, how they address the business needs, what items are configurable, and how to operate the Package. At the end of this activity it is expected that Customer will be able to execute the User Acceptance Testing.

### Task 4: Acceptance Testing and Configuration Updates

Customer is responsible for planning and executing acceptance testing of the Package installed and configured in the UAT environment. CMC will assist with this testing effort and any configuration updates that would be required as a result of testing.

**Task 5: CampusNexus Go-Live Support**

CMC will provide remote support of the Package deployment to production during the first Campus go-live. CMC will offer technical assistance, trouble-shooting and other pertinent application skills as required.

**Deliverables:**
- CampusLink Learning Management (Canvas) Package Solution
- CampusLink Learning Management (Canvas) Grades File Specification
- CampusLink Learning Management (Canvas) Installation Guide
- CampusLink Learning Management (Canvas) Operations Guide

I. **Assumptions:**

CMC's ability to deliver the services depends upon Customer's full and timely cooperation, dedication of skilled resources, as well as the accuracy and completeness of any information Customer provides. In the event of a failure of any of the foregoing, or if any assumptions herein change or are inaccurate, then the scope of services, duration and costs may change.

- No business process analysis has been performed to identify any Package features that require customization. This SOW assumes no customizations and if any enhancements are needed, they will be defined in a separate Integration Services SOW.

- Customer will be responsible for working with Canvas team to extract the Grades and attendance information files and post on the SFTP site. File and record formats with adhere to formats documented in the configuration specification document). Integration will read the FILE from SFTP location and push the data to CampusNexus using CampusLink APIs. Customer will be responsible for the SFTP site.

- The data will be extracted in the delta mode and will be posted to Instructure using the API's available from Instructure. Frequency of data transfer can be scheduled by the user.

- Customer is responsible for providing the Instructure QA testing environment for use by CMC during its preparation for UAT. Customer is responsible for configuring the Instructure QA environment to support any integration testing by CMC in preparation for UAT.

- Customer must engage Instructure Professional Services to complete the integration with Instructure.

- CMC will assist Customer with UAT of the Package utilizing Service Hours ("UAT Support"); however, Customer will have primary responsibility for completing this testing within thirty (30) calendar days starting from the date the Package is deployed to the Customer UAT environment and configured for UAT. Support that extends beyond UAT Support or beyond available Service Hours will require Time and Material ("T&M") billing and will be subject to resource availability and possibly rescheduling of delivery of project, depending on scope of open tasks.

- Data entry or conversion is not within the scope of this Exhibit.

- Customer will be responsible for extracting and delivering all data from Customer source systems that are required to support integration testing. If Customer requires assistance in the delivery of the source data, then a SOW may be required.

- Customer acknowledges that changes in new releases to CampusNexus Student may impact the functionality or operability of the Package, and services provided within this Exhibit do not cover functionality or operability of the Package that are impacted by the new release's changes.

- Customer will identify the current version of the CampusNexus and Instructure software that will be integrated. Upgrading of any systems prior to go live may cause an impact to the work performed resulting in a Change Order to cover additional work.

- Customer can request that CMC recertify the Package against a new release of the Licensed Programs under the Support Services described in Exhibit B. The recertification process confirms that the Package continues to function as originally scoped and delivered.

- CMC will provide production support utilizing Service Hours for thirty (30) calendar days after Production Deployment of the Package starting from the date the Package is deployed to the Customer's production environment ("Go-Live Support"). Support that extends beyond Go-Live Support time period or beyond available Service Hours is covered in Exhibit B.

- Exhibit B covers the support and maintenance services necessary with respect to the Package for the resolution of defects and recertification of the Package.

- New enhancements or requirements of the Package not included in the service offering will follow the Change Order process and be billed on an agreed to cost on a T&M basis. These costs are not covered within this Subscription.

- Travel expenses are not expected nor included in the estimate. All required travel for this project will be invoiced as incurred to Customer.

- Customer is not billed for travel time.


## II.  Project Schedule:

The exact timeframes for the Package delivery will be dependent upon the availability of CMC resources.  Scheduling of resources is confirmed at the time this Subscription is signed by Customer and returned to CMC, based on resource availability as of such date. Customer and CMC will coordinate the actual start date.  It is anticipated that Services defined in this Exhibit will be delivered at a mutually agreed time after full execution of this Subscription.

**ADDENDUM TO THE
CAMPUSLINK WEB SERVICES INTEGRATION SOLUTION AND API SUBSCRIPTION
BETWEEN**

**CAMPUS MANAGEMENT CORP. AND**

**CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY, INC.**

**Purpose of Addendum: Increase ASRs**

This Addendum, effective upon the mutual execution by the parties hereunder, is incorporated into and made a part of the **CampusLink Web Services Integration Solution and API Subscription** (the "Subscription") between **Campus Management Corp.** ("CMC") and **California Institute of Arts and Technology, Inc.** ("Customer"), dated as of December 1, 2016. All capitalized terms not otherwise defined herein shall have the meaning set forth in the Subscription. The Subscription shall be amended, as follows:

1.    Contemporaneously with this Addendum, Customer is executing the Addendum to the Software License Agreement in order to add Three Hundred Fifty (350) ASRs, for a total Record Count of up to Seven Hundred (700) ASRs, and is hereby authorized to use the Subscription for a total of up to Seven Hundred (700) ASRs. Accordingly, the new Monthly Subscription Fees for the Subscription, commencing May 1, 2017, are as follows:

| Integration Solutions and APIs | Monthly Fees |
|---|---|
| CampusLink Exchange Add-On (for Outlook)<br>- CampusLink Communicator API | $500.00 |
| **TOTAL MONTHLY FEES** | **$500.00** |

2.    Customer shall continue to pay the Monthly Subscription Fees in accordance with the Subscription.

3.    The terms and pricing in this Addendum shall expire if not executed by Customer by May 31, 2017.

This Addendum is deemed effective upon acceptance at CMC's principal offices. Except as expressly stated herein, all other terms of the Subscription, as amended, remain unchanged and in full force and effect.

| CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY, INC. | CAMPUS MANAGEMENT CORP. |
|---|---|
| By: _Jamie Doyle_ <br> 7C2249625E2945A... | By: _Anders Nessen_ <br> AB56EF1393BD420... |
| Print: Jamie Doyle | Print: Anders Nessen |
| Title: President | Title: CFO |
| Date: April 21, 2017 | Date: April 24, 2017 |



## Certificate Of Completion

Envelope Id: 6CE9EE2D4C614F96A339C6352D0DB74F
Subject: California Institute/CMC - Increase ASRs, add Campus
Source Envelope:
Document Pages: 5                           Signatures: 4
Supplemental Document Pages: 0              Initials: 0
Certificate Pages: 8
AutoNav: Enabled                            Payments: 0
EnvelopeId Stamping: Enabled
Time Zone: (UTC-07:00) Mountain Time (US & Canada)

Status: Completed

Envelope Originator:
Susan Nelson

777 Yamato Road, Suite 400
Boca Raton, FL  33431
snelson@campusmgmt.com
IP Address: 71.84.127.238

## Record Tracking

Status: Original
        4/14/2017 11:12:31 AM

Holder: Susan Nelson
        snelson@campusmgmt.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Jamie Doyle<br>jamie@calarttech.edu<br>President<br>Security Level: Email, Account Authentication (None) | *DocuSigned by:*<br>Jamie Doyle<br>7C2249625E2945A<br><br>Using IP Address: 98.174.142.245 | Sent: 4/14/2017 11:14:52 AM<br>Viewed: 4/21/2017 12:58:48 PM<br>Signed: 4/21/2017 1:46:53 PM |
| Electronic Record and Signature Disclosure:<br>    Accepted: 4/21/2017 12:58:48 PM<br>    ID: 2883fabf-4000-497f-abb3-e2cd422f8d36 | | |
| Yvonne Seoane<br>yseoane@campusmgmt.com<br>Paralegal<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | **Completed**<br><br>Using IP Address: 12.149.77.69 | Sent: 4/21/2017 1:48:55 PM<br>Viewed: 4/24/2017 9:08:12 AM<br>Signed: 4/24/2017 9:09:58 AM<br>Freeform Signing |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | | |
| Anders Nessen<br>ANessen@campusmgmt.com<br>CFO<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | *DocuSigned by:*<br>Anders Nessen<br>AB56EF1393BD420<br><br>Using IP Address: 12.149.77.69 | Sent: 4/24/2017 9:10:00 AM<br>Viewed: 4/24/2017 11:36:38 AM<br>Signed: 4/24/2017 11:36:53 AM |
| Electronic Record and Signature Disclosure:<br>    Accepted: 1/16/2013 9:16:14 AM<br>    ID: a41ed869-6a4a-4623-96e7-772aa7ba783f | | |

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Arunkumar Nagendraiah<br>anagendraiah@campusmgmt.com<br>Senior Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 9:10:00 AM |
| Chuck Dott<br>CDott@campusmgmt.com<br>Senior Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 9:10:00 AM |
| Gulshan Kumar<br>gkumar@campusmgmt.com<br>Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 9:10:01 AM |
| Jennifer Pakel<br>JPakel@campusmgmt.com<br>Project Coordinator<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 9:10:01 AM |
| Roman Civalero<br>RCivalero@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 9:10:01 AM |
| Scott Matchunis<br>openairhelpdesk@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 9:10:00 AM<br>Viewed: 4/24/2017 11:56:45 AM |
| Chris Flint<br>CFlint@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Emiliano Diez<br>EDiez@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Jins Varghese<br>JinsV@talisma.com<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Victoria Prieto<br>VPrieto@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:57 AM |
| Billing<br>Billing@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>   Accepted: 1/17/2013 3:55:12 PM<br>   ID: 491820e0-e6b8-42c5-925a-86e2b51a8f2f | **COPIED** | Sent: 4/24/2017 11:36:56 AM<br>Viewed: 4/24/2017 3:24:14 PM |
| Trey Rustmann<br>TRustmann@campusmgmt.com<br>Senior Director of Professional Services<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:56 AM |
| Client Services Management Group<br>ClientServicesManagers@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>   Accepted: 1/16/2013 9:22:36 AM<br>   ID: bec8ccea-0fca-49c4-991d-17bcc44969cd | **COPIED** | Sent: 4/24/2017 11:36:56 AM |
| Ariel Zhang<br>AZhang@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br><br>Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign<br>   ID: | **COPIED** | Sent: 4/24/2017 11:36:56 AM<br>Viewed: 4/24/2017 12:36:56 PM |
| Kyle Huston<br>KHuston@campusmgmt.com<br>Director of Finance<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 4/24/2017 11:36:56 AM |

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|

Electronic Record and Signature Disclosure:
    Accepted: 1/14/2013 4:22:13 PM
    ID: bd05a6d0-55ac-455a-b508-290d36c6717d

| | | |
|---|---|---|
| Carol Ronk<br>CRonk@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br><br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | COPIED | Sent: 4/24/2017 11:33:56 AM |
| Christian Rossetti<br>crossetti@campusmgmt.com<br>Regional Sales Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br><br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | COPIED | Sent: 4/24/2017 11:33:57 AM |
| Dave Stephenson<br>dstephenson@campusmgmt.com<br>Account Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br><br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | COPIED | Sent: 4/24/2017 11:33:57 AM |
| Rob Butler<br>rbutler@campusmgmt.com<br>Enterprise Account Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br><br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | COPIED | Sent: 4/24/2017 11:33:57 AM |
| Thomas Arra<br>TArra@campusmgmt.com<br>Regional Sales Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br><br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | COPIED | Sent: 4/24/2017 11:33:57 AM<br>Viewed: 4/24/2017 12:00:16 PM |
| Paul Blanchette<br>PBlanchette@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br><br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | COPIED | Sent: 4/24/2017 11:33:57 AM |

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|

Meghann Benedetto
MBenedetto@campusmgmt.com
Sales Operations Manager
Security Level: Email, Account Authentication
(None)

**COPIED**

Sent: 4/24/2017 11:36:57 AM

Electronic Record and Signature Disclosure:
    Not Offered via DocuSign
    ID:

Tiffany Armer
TArmer@campusmgmt.com
Security Level: Email, Account Authentication
(None)

**COPIED**

Sent: 4/24/2017 11:36:57 AM

Electronic Record and Signature Disclosure:
    Not Offered via DocuSign
    ID:

Yvonne Seoane
YSeoane@campusmgmt.com
Paralegal
Campus Management Corp.
Security Level: Email, Account Authentication
(None)

**COPIED**

Sent: 4/24/2017 11:36:57 AM
Viewed: 4/27/2017 11:10:08 AM

Electronic Record and Signature Disclosure:
    Not Offered via DocuSign
    ID:

## Notary Events                                                        Timestamp

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/24/2017 11:36:57 AM |
| Certified Delivered | Security Checked | 4/24/2017 11:36:57 AM |
| Signing Complete | Security Checked | 4/24/2017 11:36:57 AM |
| Completed | Security Checked | 4/24/2017 11:36:57 AM |

| **Payment Events** | **Status** | **Timestamps** |
|---|---|---|

## Electronic Record and Signature Disclosure

Electronic Record and Signature Disclosure created on: 1/9/2013 11:14:31 AM
Parties agreed to: Barbar 24701, Andrew Nassef Document Services Management Group, Ryne Riedel

Case 1:18-cv-24701-KMM   Document 1   Entered on FLSD Docket 11/09/2018   Page 89 of 99

## CONSUMER DISCLOSURE

From time to time, Campus Management Corporation (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the ÃˌI agreeÃ† button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgement of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign ÃˊWithdraw ConsentÃ¶ form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Campus Management Corporation:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: yseoane@campusmgmt.com

**To advise Campus Management Corporation of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at yseoane@campusmgmt.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Campus Management Corporation**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to yseoane@campusmgmt.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Campus Management Corporation**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
>
> ii. send us an e-mail to yseoane@campusmgmt.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000Â¬ or WindowsXPÂ¬ |
| --- | --- |
| Browsers (for SENDERS): | Internet Explorer 6.0Â¬ or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0Â¬, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Â² Allow per session cookies Â² Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to

other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the Ã¦I agreeÃ† button below.

By checking the Ã¦I AgreeÃ† box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Campus Management Corporation as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Campus Management Corporation during the course of my relationship with you.

**ADDENDUM TO THE**
**CAMPUSLINK WEB SERVICES INTEGRATION SOLUTION AND API SUBSCRIPTION**
**BETWEEN**

**CAMPUS MANAGEMENT CORP. AND**

**CALIFORNIA INSTITUTE OF ARTS AND TECHNOLOGY, INC.**

**Purpose of Addendum: Increase ASRs**

This Addendum, effective upon the mutual execution by the parties hereunder, is incorporated into and made a part of the **CampusLink Web Services Integration Solution and API Subscription** (the "Subscription") between **Campus Management Corp.** ("CMC") and **California Institute of Arts and Technology, Inc.** ("Customer"), dated as of December 1, 2016. All capitalized terms not otherwise defined herein shall have the meaning set forth in the Subscription. The Subscription shall be amended, as follows:

1.     Contemporaneously with this Addendum, Customer is executing the Addendum to the Software License Agreement in order to add One Hundred (100) ASRs, for a total Record Count of up to Eight Hundred (800) ASRs, and is hereby authorized to use the Subscription for a total of up to Eight Hundred (800) ASRs. Accordingly, the new Monthly Subscription Fees for the Subscription, commencing October 1, 2017, are as follows:

| Integration Solutions and APIs | Monthly Fees |
|---|---|
| CampusLink Exchange Add-On (for Outlook) - CampusLink Communicator API | $600.00 |
| **TOTAL MONTHLY FEES** | **$600.00** |

2.     Customer shall continue to pay the Monthly Subscription Fees in accordance with the Subscription.

3.     The terms and pricing in this Addendum shall expire if not executed by Customer by September 30, 2017.

This Addendum is deemed effective upon acceptance at CMC's principal offices. Except as expressly stated herein, all other terms of the Subscription, as amended, remain unchanged and in full force and effect.

**CALIFORNIA INSTITUTE OF ARTS**
**AND TECHNOLOGY, INC.**

By: _Jamie Doyle_
DocuSigned by:
7C2249625E2945A...
Print: Jamie Doyle

Title: President

Date: September 18, 2017

**CAMPUS MANAGEMENT CORP.**

By: _Anders Nessen_
DocuSigned by:
AB56EF1393BD420...
Print: Anders Nessen

Title: CFO

Date: October 2, 2017



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 081FB811CB7349BA8385A552EC2F1D6B | | Status: Completed |
| Subject: California Institute - increase ASRs 800 | | |
| Source Envelope: | | |
| Document Pages: 4 | Signatures: 6 | Envelope Originator: |
| Supplemental Document Pages: 0 | Initials: 0 | Susan Nelson |
| Certificate Pages: 7 | | |
| AutoNav: Enabled | Payments: 0 | 5201 Congress Avenue |
| EnvelopeId Stamping: Enabled | | Boca Raton, FL  33431 |
| Time Zone: (UTC-07:00) Mountain Time (US & Canada) | | snelson@campusmgmt.com |
| | | IP Address: 64.134.27.113 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Susan Nelson | Location: DocuSign |
| 9/18/2017 10:29:47 AM | snelson@campusmgmt.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jamie Doyle<br>jamie@calarttech.edu<br>President<br>Security Level: Email, Account Authentication (None) | *Jamie Doyle*<br>DocuSigned by:<br>7C2249625E2945A<br><br>Using IP Address: 98.174.142.245 | Sent: 9/18/2017 10:30:40 AM<br>Viewed: 9/18/2017 11:45:22 AM<br>Signed: 9/18/2017 11:46:49 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 6/5/2017 5:17:34 PM<br>ID: cbc3ae5c-ae8d-4063-9880-69ee2d57fdc8 | | |
| Yvonne Seoane<br>yseoane@campusmgmt.com<br>Senior Paralegal<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | **Completed**<br><br>Using IP Address: 12.149.77.66 | Sent: 9/18/2017 11:46:52 AM<br>Viewed: 10/2/2017 9:42:56 AM<br>Signed: 10/2/2017 9:44:00 AM<br>Freeform Signing |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| Anders Nessen<br>ANessen@campusmgmt.com<br>CFO<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None) | *Anders Nessen*<br>DocuSigned by:<br>A956EF13939D420<br><br>Using IP Address: 12.149.77.66 | Sent: 10/2/2017 9:44:03 AM<br>Viewed: 10/2/2017 10:15:05 AM<br>Signed: 10/2/2017 10:15:38 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 1/16/2013 9:16:14 AM<br>ID: a41ed869-6a4a-4623-96e7-772aa7ba783f | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Arunkumar Nagendraiah<br>anagendraiah@campusmgmt.com<br>Senior Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 10/2/2017 9:44:04 AM |
| Chuck Dott<br>CDott@campusmgmt.com<br>Senior Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 10/2/2017 9:44:04 AM |
| Gulshan Kumar<br>gkumar@campusmgmt.com<br>Service Delivery Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 10/2/2017 9:44:04 AM |
| Roman Civalero<br>RCivalero@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 10/2/2017 9:44:04 AM |
| Scott Matchunis<br>openairhelpdesk@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 10/2/2017 9:44:03 AM<br>Viewed: 10/2/2017 11:26:06 AM |
| Billing<br>Billing@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Accepted: 1/17/2013 3:55:12 PM<br>    ID: 491820e0-e6b8-42c5-925a-86e2b51a8f2f | COPIED | Sent: 10/2/2017 10:15:41 AM<br>Viewed: 10/2/2017 10:31:33 AM |
| Carol Ronk<br>CRonk@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | COPIED | Sent: 10/2/2017 10:15:41 AM |
| Trey Rustmann<br>TRustmann@campusmgmt.com<br>Senior Director of Professional Services<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None) | COPIED | Sent: 10/2/2017 10:15:41 AM |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| Client Services Management Group<br>ClientServicesManagers@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None) | COPIED | Sent: 10/2/2017 10:15:41 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 1/16/2013 9:22:36 AM<br>    ID: bec8ccea-0fca-49c4-991d-17bcc44969cd | | |
| Ariel Zhang<br>AZhang@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None) | COPIED | Sent: 10/2/2017 10:15:41 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| Kyle Huston<br>KHuston@campusmgmt.com<br>Director of Finance<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None) | COPIED | Sent: 10/2/2017 10:15:41 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 1/14/2013 4:22:13 PM<br>    ID: bd05a6d0-55ac-455a-b508-290d36c6717d | | |
| Dave Stephenson<br>dstephenson@campusmgmt.com<br>Account Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None) | COPIED | Sent: 10/2/2017 10:15:41 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| Rob Butler<br>rbutler@campusmgmt.com<br>Enterprise Account Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None) | COPIED | Sent: 10/2/2017 10:15:41 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| Thomas Arra<br>TArra@campusmgmt.com<br>Regional Sales Manager<br>Campus Management Corp.<br>Security Level: Email, Account Authentication<br>(None) | COPIED | Sent: 10/2/2017 10:15:41 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| Paul Blanchette<br>PBlanchette@campusmgmt.com<br>Security Level: Email, Account Authentication<br>(None) | COPIED | Sent: 10/2/2017 10:15:41 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Meghann Benedetto<br>MBenedetto@campusmgmt.com<br>Sales Operations Manager<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: 10/2/2017 10:15:41 AM |
| Sarah Salpeter<br>SSalpeter@campusmgmt.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: 10/2/2017 10:15:41 AM |
| Yvonne Seoane<br>YSeoane@campusmgmt.com<br>Senior Paralegal<br>Campus Management Corp.<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: 10/2/2017 10:15:41 AM<br>Viewed: 10/2/2017 1:43:37 PM |

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/2/2017 10:15:41 AM |
| Certified Delivered | Security Checked | 10/2/2017 10:15:41 AM |
| Signing Complete | Security Checked | 10/2/2017 10:15:41 AM |
| Completed | Security Checked | 10/2/2017 10:15:41 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 1/9/2013 11:14:31 AM
Parties agreed to: Jamie Boyle, Anders Nessen, Billing, Client Services Management Group, Kyle Huston

Case 1:18-cv-24701-KMM   Document 1-1   Entered on FLSD Docket 11/09/2018   Page 97 of 99

## CONSUMER DISCLOSURE

From time to time, Campus Management Corporation (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the ÃˌI agreeÃ† button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign ÃˊWithdraw ConsentÃ¶ form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Campus Management Corporation:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

 To contact us by email send messages to: yseoane@campusmgmt.com

**To advise Campus Management Corporation of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at yseoane@campusmgmt.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Campus Management Corporation**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to yseoane@campusmgmt.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Campus Management Corporation**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to yseoane@campusmgmt.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consen:.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000Â¬ or WindowsXPÂ¬ |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0Â¬ or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0Â¬, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Â² Allow per session cookies<br>Â² Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to

other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the Ã¦I agreeÃ† button below.

By checking the Ã¦I AgreeÃ† box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Campus Management Corporation as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Campus Management Corporation during the course of my relationship with you.